**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Beacon Container Corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 23-1734687 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 700 West First Street<br>Birdsboro, PA 19508 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Berks | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     http://www.beaconcontainer.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Beacon Container Corporation                                                    Case number (if known) _____
      Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3399

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Beacon Container Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Beacon Container Corporation    Case number (*if known*)
_____    _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2023
MM / DD / YYYY

X  _Steven T. Walter_    Steven T. Walter
Signature of authorized representative of debtor    Printed name

Title    President and CEO

---

**18. Signature of attorney**    X _____    Date   June 12, 2023
Signature of attorney for debtor    MM / DD / YYYY

Thomas D. Bielli
Printed name

Bielli & Klauder, LLC
Firm name

1905 Spruce Street
Philadelphia, PA 19103
Number, Street, City, State & ZIP Code

Contact phone  _____    Email address   tbielli@bk-legal.com

202100 PA
Bar number and State

| Debtor | Beacon Container Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        June 12, 2023
                        MM / DD / YYYY

X _____          Steven T. Walter
Signature of authorized representative of debtor          Printed name

Title    President and CEO

**18. Signature of attorney**

X _____          Date    June 12, 2023
Signature of attorney for debtor                              MM / DD / YYYY

Thomas D. Bielli
Printed name

Bielli & Klauder, LLC
Firm name

1905 Spruce Street
Philadelphia, PA 19103
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    tbielli@bk-legal.com

202100 PA
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF**
**THE BOARD OF DIRECTORS OF**
Beacon Container Corporation

June 12, 2023

Pursuant to the Pennsylvania Business Corporation Law of 1988, the undersigned, being the sole member of the Board of Directors (the "**Board**") of Beacon Container Corporation, a Pennsylvania corporation (the "**Company**"), waiving all notice, hereby adopt the resolutions attached as <u>Annex A</u> without the holding of a meeting, such resolutions to have the same force and effect as if they had been adopted at a duly called and held meeting of the Board, and direct that a copy of such resolutions be filed in the Minute Book of the proceedings of the Board.

IN WITNESS WHEREOF, the undersigned have executed this written consent to be effective as of the date first above written.

**DIRECTOR:**


_____
Steven T. Walter

**ANNEX A**

**RESOLUTIONS ADOPTED BY**
**THE BOARD OF DIRECTORS OF BEACON CONTAINER CORPORATION**
**AUTHORIZING FILING OF CHAPTER 7 BANKRUPTCY PETITION**

June 12, 2023

**WHEREAS**, the undersigned and director of Beacon Container Corporation (the "Company"), a Pennsylvania corporation, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation and advice of the Company's professionals and advisors with respect to the options available to the Company under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), has determined that it is desirable and in the best interests of the Company, its creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 7 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Company be, and hereby is, authorized empowered to file a petition seeking relief under the provisions of chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"), and to file all necessary papers and documents to effectuate and carry out the chapter 7 bankruptcy filing;

**RESOLVED**, that Steven T. Walter, the sole Director, President, Secretary, and Treasurer (referred to herein as the "Authorized Person") hereby is authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 7 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 7 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 7 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 7 case and is authorized to perform all legal services necessary appropriate to effectuate the Company's chapter 7 case;

**RESOLVED**, that the Authorized Person is authorized and directed to take any and all action necessary and appropriate to retain professionals to preform and provide services necessary and appropriate to the Company to effectual the chapter 7 case; subject to Bankruptcy Court approval;

**RESOLVED**, that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company;

**RESOLVED**, that all prior lawful acts taken or caused to be taken by or on behalf of the Company by its Authorized Agent in connection with the matters that are the subject of the foregoing recitals and resolutions, are hereby ratified, approved and confirmed in all respects and adopted as the acts of the Company; and finally

**RESOLVED**, that the Authorized Person be, and such Authorized Person hereby is, authorized, empowered and directed, for and on behalf of the Company, to prepare and deliver or cause to be prepared and delivered and to execute all documents and take or cause to be taken such further actions as such Authorized Person may deem necessary, appropriate or advisable to fully effectuate the intent of the foregoing recitals and resolutions and to comply with the provisions of any of the documents or instruments approved or authorized hereby.

**Fill in this information to identify the case:**

Debtor name __Beacon Container Corporation__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      3,821,202.76

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $      3,821,202.76

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      7,795,003.55

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      8,073.90

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      2,773,112.09

4.  **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b

    $      10,576,189.54

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Beacon Container Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| | 3.1.  Fulton Bank, N.A. | Checking | 4601 | $9,081.31 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $9,081.31

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

| 11b. Over 90 days old: | 63,995.61 | - | 16,958.00 | =.... | $47,037.61 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Beacon Container Corporation | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$47,037.61

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** 1,397 butt rolls | April 2023 | Unknown | | $562,827.00 |
| | 217 full rolls | April 2023 | Unknown | | $400,517.00 |
| 20. | **Work in progress** Slitter machine stock | April 2023 | Unknown | | Unknown |
| 21. | **Finished goods, including goods held for resale** Please see Attachment A/B 21-1 | April 2023 | Unknown | | $61,258.00 |
| 22. | **Other inventory or supplies** Supplies - (Attachment A/B 22-2) - $249,748 Machine Part Inventory - (Attachment A/B 22-3) - $484,478 | April 2023 | Unknown | | $734,226.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$1,758,828.00

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Beacon Container Corporation | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Various desks and office furniture | Unknown | | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Storage trailers | $0.00 | | Unknown |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Please see Attachment A/B - 50 | $0.00 | | $2,000,000.00 |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Beacon Container Corporation | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

51. **Total of Part 8.**

   Add lines 47 through 50.   Copy the total to line 87.

   $2,000,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☒ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.   Go to Part 11.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.beaconcontainer.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| List of Customers | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | Beacon Container Corporation | Case number *(If known)* |
|--------|------------------------------|--------------------------|
|        | Name                         |                          |

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|---|

**71.**   **Notes receivable**
Description (include name of obligor)

| Loans to Julio Garcia | 2,550.00 <br> Total face amount | - | 2,550.00 <br> doubtful or uncollectible amount | = | $0.00 |
|---|---|---|---|---|---|
| Loan to Juan Rosario | 300.00 <br> Total face amount | - | 300.00 <br> doubtful or uncollectible amount | = | $0.00 |
| Loan to Tabatha Zerbe | 650.00 <br> Total face amount | - | 650.00 <br> doubtful or uncollectible amount | = | $0.00 |
| Loan to Debbie Burbank | 1,000.00 <br> Total face amount | - | 1,000.00 <br> doubtful or uncollectible amount | = | $0.00 |
| Loan to Michael Rissmiller | 439.12 <br> Total face amount | - | 439.12 <br> doubtful or uncollectible amount | = | $0.00 |
| Loan to Sean Rossi | 350.00 <br> Total face amount | - | 350.00 <br> doubtful or uncollectible amount | = | $0.00 |
| Loan to Benjamin Nee | 966.72 <br> Total face amount | - | 966.72 <br> doubtful or uncollectible amount | = | $0.00 |

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Beacon Container Corporation
_____          Case number *(If known)* _____
         Name

<table>
<tr><td colspan="2"><strong>Part 12:</strong></td><td><strong>Summary</strong></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,081.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $47,037.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,758,828.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,814,946.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,814,946.92 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Attachment A/B 11

```
^BEACON-BIRDS                      A/R Aging by Invoice Date    All Customers               05/17/23  Page 1
                                                               Run on:  05/17/23  10.01AM  Menu 24-10 jakew

==============================================================================================================
                    Inv Date  Inv #  Order # P.O.#          Days   Current    31- 60   61- 90   91- 120   OVER 120
CABLE SERVICES INC. 06/16/22 473626  453354A JOE            335       .00        .00      .00       .00     723.25
                    06/28/22 473864  453353A JOE            323       .00        .00      .00       .00     598.95
Cust. # 08658    Total:                             Avg:   330                  .00                .00
                                                                     .00                 .00              1322.20


* Cash Receipts *    Month/Year  01/18   10/19   12/20
*Payment History*    Avg Days:   24      42      73

Salesman  Phone/Contact              Terms           Date Open    Limit  Orders & Invt  Over Limit       Total A/R
 21       570-323-8518               001 1% 10 NET 30 01/22/14    3000                         .00       1,322.20
                                                                         Exposure
    1322.2
==============================================================================================================
                    Inv Date  Inv #  Order # P.O.#          Days   Current    31- 60   61- 90   91- 120   OVER 120
DEMETER             01/17/23 477376  454014A MARISSA        120       .00        .00      .00   1415.71       .00
                    01/19/23 477431  454016A MARISSA        118       .00        .00      .00   1054.27       .00
                    01/19/23 477432  454017A MARISSA        118       .00        .00      .00   1442.15       .00
                    01/23/23 477489  454018A MARISSA        114       .00        .00      .00   1523.75       .00
Cust. # 04435    Total:                             Avg:   117                  .00            5435.88
                                                                     .00                 .00                 .00


* Cash Receipts *    Month/Year  05/22   08/22   11/22   01/23
*Payment History*    Avg Days:   115     104     188     107

Salesman  Phone/Contact              Terms           Date Open    Limit  Orders & Invt  Over Limit       Total A/R
 21       516-487-5187 DEBRA         001 1% 10 NET 30 06/25/07    1000                     4435.88       5,435.88***
                                                                         Exposure
    5435.88
==============================================================================================================
                    Inv Date  Inv #  Order # P.O.#          Days   Current    31- 60   61- 90   91- 120   OVER 120
KEYSTONE FILLER     *PP 03/28/19 441439 447988A 564368     1511       .00        .00      .00       .00    1014.10
Cust. # 23781    Total:                             Avg:  1511                  .00                .00
                                                                     .00                 .00              1014.10


* Cash Receipts *    Month/Year  08/20   03/21   01/22
*Payment History*    Avg Days:   4       24      999

Salesman  Phone/Contact              Terms           Date Open    Limit  Orders & Invt  Over Limit       Total A/R
 21       570-546-3148               089 SUBJECT TO APPROV 06/20/07  Ea Ord               1014.10       1,014.10***
                                                                         Exposure
    1014.1
==============================================================================================================
```

```
                        Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60    61- 90    91- 120    OVER 120
LANCASTER COUNTY CUS    12/16/22 477064  041345A VERBAL MANNY     152      .00        .00       .00        .00     -776.00
^BEACON-BIRDS                            A/R Aging by Invoice Date        All Customers                   05/17/23 Page 2
                                                                          Run on:  05/17/23  10.01AM  Menu 24-10 jakew
```

```
=========================================================================================================================
                        Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60    61- 90    91- 120    OVER 120
Cust. # 07984    Total:                                  Avg:   0                     .00                  .00
                                                                          .00                   .00              -776.00
```

```
* Cash Receipts *       Month/Year  04/22  09/22   11/22
*Payment History*       Avg Days:    10     12      15

Salesman  Phone/Contact              Terms            Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  27    717-768-7157                 001 1% 10 NET 30 02/03/10    1000                        .00         -776.00
                                                                        Exposure
        -776
```

```
=========================================================================================================================
                        Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60    61- 90    91- 120    OVER 120
PETRO PLASTICS CO.,     01/30/23 000391                          107      .00        .00       .00    -3952.50       .00
Cust. # 04848    Total:                                  Avg:   0                     .00            -3952.50
                                                                          .00                   .00                  .00
```

```
* Cash Receipts *       Month/Year  10/21  01/22   08/22
*Payment History*       Avg Days:    65      7      15

Salesman  Phone/Contact              Terms            Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  27    908-789-1200                 099 CASH IN ADVANCE 01/18/13  Ea Ord                     .00       -3,952.50
                                                                        Exposure
      -3952.5
```

```
=========================================================================================================================
                        Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60    61- 90    91- 120    OVER 120
RIVER RUN FOODS DE,     10/27/21 000391                          567      .00        .00       .00        .00      -57.05
Cust. # 04816    Total:                                  Avg:   0                     .00                  .00
                                                                          .00                   .00               -57.05
```

```
* Cash Receipts *       Month/Year  11/20  08/21   10/21
*Payment History*       Avg Days:    70     259     309

Salesman  Phone/Contact              Terms            Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  21    570-701-1192                 001 1% 10 NET 30 08/13/12    Ea Ord                      .00          -57.05
                                                                        Exposure
        -57.05
```

```
=========================================================================================================================
                        Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60    61- 90    91- 120    OVER 120
SEAMLESS SUPPLY LLC     09/11/20 000391                          978      .00        .00       .00        .00      -91.42
Cust. # 09296    Total:                                  Avg:   0                     .00                  .00
                                                                          .00                   .00               -91.42
```

```
^BEACON-BIRDS                    A/R Aging by Invoice Date    All Customers              05/17/23  Page 3
                                                              Run on:  05/17/23  10.01AM  Menu 24-10 jakew
========================================================================================================
* Cash Receipts *        Month/Year   10/20
*Payment History*        Avg Days:     16

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
   21     570-660-0797               099 CASH IN ADVANCE 08/21/18  Ea Ord                       .00           -91.42
                                                                          Exposure
        -91.42
========================================================================================================
                         Inv Date  Inv #  Order # P.O.#         Days   Current   31- 60   61- 90   91- 120   OVER 120
SPACE AGE PLASTICS       11/30/22 476774  453861A 10288          168      .00       .00      .00      .00    3284.57
                         12/14/22 476998  453925A 10296          154      .00       .00      .00      .00    3452.86
Cust. # 03265    Total:                                   Avg: 161                 .00               .00
                                                                        .00                 .00             6737.43


* Cash Receipts *        Month/Year   06/22   11/22   01/23
*Payment History*        Avg Days:     103     146     101

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
   21     570-689-2601               001 1% 10 NET 30   09/28/98    7500                       .00           6,737.43
                                                                          Exposure
      6737.43
========================================================================================================
                         Inv Date  Inv #  Order # P.O.#         Days   Current   31- 60   61- 90   91- 120   OVER 120
WEBSTER LEID             02/02/23 000391                         104      .00       .00      .00   -1042.35       .00
Cust. # 09621    Total:                                   Avg:   0                 .00            -1042.35
                                                                        .00                 .00                  .00


Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
   27     LEIDWEBSTER85@GMAIL.COM    099 CASH IN ADVANCE 02/02/23  Ea Ord                       .00           -1,042.35
                                                                          Exposure
      -1042.35
========================================================================================================
                         Inv Date  Inv #  Order # P.O.#         Days   Current   31- 60   61- 90   91- 120   OVER 120
ARMSTRONG WORLD IND.  *PP 01/11/22 469835  037120A 4504147706    491      .00       .00      .00      .00    1029.78
                         05/05/22 472699  038983A 4504165049     377      .00       .00      .00      .00    1211.79
Cust. # 03153    Total:                                   Avg: 429                 .00               .00
                                                                        .00                 .00             2241.57


* Cash Receipts *        Month/Year   07/21   10/21   11/21   12/21   01/22   02/22   04/22   09/22   10/22
*Payment History*        Avg Days:     29      27      27      33      32      31      30      168     51

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
```

```
  16     717-396-6245                    031 2% 30 NET 31    00/00/00   100000                        .00         2,241.57
                                                                                      Exposure
    2241.57
^BEACON-BIRDS                            A/R Aging by Invoice Date    All Customers                       05/17/23  Page 4
                                                                    Run on:  05/17/23  10.01AM  Menu 24-10 jakew

=========================================================================================================================
                         Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60   61- 90    91- 120   OVER 120
ARMSTRONG WORLD IND.  *PP 01/09/23 477250 042106A 4504326133      128      .00         .00      .00        .00      12.92
                      *PP 02/02/23 477666 042459A 4504332783      104      .00         .00      .00      -6.82        .00
Cust. # 03186    Total:                                    Avg:  128
                                                                           .00         .00              .00      -6.82      12.92

* Cash Receipts *        Month/Year  08/22   09/22   10/22   11/22   12/22   01/23   02/23   03/23   05/23
*Payment History*        Avg Days:    31      32      30      31      31      31      31      29      89

Salesman  Phone/Contact                Terms             Date Open    Limit  Orders & Invt  Over Limit         Total A/R
  16      717-396-6245                  031 2% 30 NET 31  11/08/95    300000                       .00             6.10
                                                                                      Exposure
        6.1
=========================================================================================================================
                         Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60   61- 90    91- 120   OVER 120
ARMSTRONG WORLD IND.     03/03/22 471174 037965A 4504155532       440      .00         .00      .00        .00    1223.38
                         04/27/22 472493 039042A 4504165936       385      .00         .00      .00        .00    1026.66
                         06/23/22 473780 039041A 4504165936       328      .00         .00      .00        .00    1020.00
                         06/23/22 473781 039041A 4504165936       328      .00         .00      .00        .00    2692.81
Cust. # 95194    Total:                                    Avg:  361
                                                                           .00         .00              .00                5962.85

* Cash Receipts *        Month/Year  02/21   03/21   11/21
*Payment History*        Avg Days:    26      26      34

Salesman  Phone/Contact                Terms             Date Open    Limit  Orders & Invt  Over Limit         Total A/R
  16      717-396-6245                  031 2% 30 NET 31  02/13/01    10000                        .00          5,962.85
                                                                                      Exposure
    5962.85
=========================================================================================================================
                         Inv Date  Inv #  Order # P.O.#           Days   Current    31- 60   61- 90    91- 120   OVER 120
BALLYMORE COMPANY, I     05/01/23 477808 553201A VERBAL JOSH GRAN  16   6717.11         .00      .00        .00        .00
Cust. # 09248    Total:                                    Avg:   16
                                                                        6717.11         .00              .00                .00

* Cash Receipts *        Month/Year  05/22   06/22   07/22   09/22   10/22   01/23   02/23   03/23
*Payment History*        Avg Days:    55      56      55      360     48      57      53      43

Salesman  Phone/Contact                Terms             Date Open    Limit  Orders & Invt  Over Limit         Total A/R
  04      610-593-5062 EXT. 114 CANDY   001 1% 10 NET 30  05/02/18    30000                        .00          6,717.11
                                                                                      Exposure
```

```
        6717.11
==================================================================================================
                     Inv Date  Inv #   Order # P.O.#          Days   Current    31- 60    61- 90    91- 120    OVER 120
CD DIAGNOSTICS       05/05/21 463367  031327A 6440             742      .00        .00       .00       .00        -7.35
^BEACON-BIRDS                          A/R Aging by Invoice Date      All Customers                    05/17/23  Page 5
                                                                     Run on:  05/17/23  10.01AM  Menu 24-10 jakew
==================================================================================================
                     Inv Date  Inv #   Order # P.O.#          Days   Current    31- 60    61- 90    91- 120    OVER 120
CD DIAGNOSTICS       10/21/21 467950  033784A 6496             573      .00        .00       .00       .00      -227.66
Cust. # 08516    Total:                                Avg:    0       .00        .00       .00       .00
                                                                                                              -235.01

* Cash Receipts *      Month/Year   11/21   01/22   02/22
*Payment History*       Avg Days:    31      33      29

Salesman  Phone/Contact            Terms              Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  14      302-367-7770 STEPHANIE   002 2% 10 DAYS NET 30 01/02/13   2500                     .00          -235.01
                                                                           Exposure
       -235.01
==================================================================================================
                     Inv Date  Inv #   Order # P.O.#          Days   Current    31- 60    61- 90    91- 120    OVER 120
DIEFFENBACH'S POTATO 08/26/22 474937  039861A 12261            264      .00        .00       .00       .00     -1732.48
Cust. # 98486    Total:                                Avg:    0       .00        .00       .00       .00
                                                                                                             -1732.48

* Cash Receipts *      Month/Year   01/22   02/22   03/22   05/22   08/22   09/22   10/22   12/22   02/23
*Payment History*       Avg Days:    35      36      40      39      35      34      36      41      37

Salesman  Phone/Contact            Terms              Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  02                               001 1% 10 NET 30    08/03/89   30000                     .00          -1,732.48
                                                                           Exposure
      -1732.48
==================================================================================================
                     Inv Date  Inv #   Order # P.O.#          Days   Current    31- 60    61- 90    91- 120    OVER 120
E.R. STUEBNER CONSTR 04/26/22 472462                          386      .00        .00       .00       .00      -190.00
Cust. # 08676    Total:                                Avg:    0       .00        .00       .00       .00
                                                                                                              -190.00

* Cash Receipts *      Month/Year   06/20   07/20   04/21
*Payment History*       Avg Days:    2       4       33

Salesman  Phone/Contact            Terms              Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  01      610-376-6625             098 CASH ON DELIVERY 03/10/14   C O D                     .00          -190.00
                                                                           Exposure
        -190
==================================================================================================
                     Inv Date  Inv #   Order # P.O.#          Days   Current    31- 60    61- 90    91- 120    OVER 120
```

```
ECOSYSTEMS DISTRIBUT   10/15/21 000391                     579      .00          .00          .00          .00      -40.04
Cust. # 09067    Total:                          Avg:       0                    .00                       .00
                                                                     .00                       .00                  -40.04


^BEACON-BIRDS                          A/R Aging by Invoice Date    All Customers                    05/17/23  Page 6
                                                                   Run on:  05/17/23 10.01AM  Menu 24-10 jakew
=================================================================================================================
* Cash Receipts *          Month/Year   11/16   08/20   01/22
*Payment History*          Avg Days:       7       9      34

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
  07      703-443-1222               099 CASH IN ADVANCE 08/05/20   Ea Ord                      .00             -40.04
                                                                            Exposure
      -40.04
=================================================================================================================
                       Inv Date  Inv #  Order # P.O.#          Days   Current   31- 60   61- 90   91- 120   OVER 120
EXOKINETICS, INC.      11/09/21 468401  035766A 1248           554      .00       .00      .00      .00     -275.92
Cust. # 09566    Total:                                  Avg:    0               .00               .00
                                                                       .00               .00                -275.92


* Cash Receipts *          Month/Year   06/21   12/21
*Payment History*          Avg Days:      11      31

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
  14      CELL 610-864-0331          001 1% 10 NET 30    05/14/21   10000                      .00            -275.92
                                                                            Exposure
      -275.92
=================================================================================================================
                       Inv Date  Inv #  Order # P.O.#          Days   Current   31- 60   61- 90   91- 120   OVER 120
FIDELITY FIBER SOLUT   04/24/23 477807  042606A 4/24/23         23    1987.64     .00      .00      .00        .00
Cust. # 08972    Total:                                  Avg:   23               .00               .00
                                                                     1987.64              .00                  .00
                                                    PAID $1987.64 ON 5/22/23

* Cash Receipts *   Month/Year  08/22   09/22   10/22  11/22  12/22  01/23  02/23  03/23  05/23
*Payment History*   Avg Days:     32      31      32     33     29     33     30     33     35

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
  01      BARB LOCK                  030 NET 30          01/13/16   Ea Ord                  1987.64         0***
                                                                            Exposure
     1987.64
=================================================================================================================
                       Inv Date  Inv #  Order # P.O.#          Days   Current   31- 60   61- 90   91- 120   OVER 120
HERAEUS PRECIOUS MET   11/07/22 476446  041452A 4000836629     191      .00       .00      .00      .00     1553.00
Cust. # 06193    Total:                                  Avg:  191               .00               .00
                                                                       .00               .00                1553.00
```

```
* Cash Receipts *    Month/Year   06/22  07/22  08/22  09/22  10/22  11/22  12/22  03/23  04/23
*Payment History*    Avg Days:   27     65     28     26     88     26     19    119    140

Salesman  Phone/Contact           Terms                Date Open   Limit  Orders & Invt  Over Limit          Total A/R
   14                             001 1% 10 NET 30     08/07/18    3000                          .00        1,553.00
                                                                          Exposure
      1553
^BEACON-BIRDS                      A/R Aging by Invoice Date    All Customers                  05/17/23  Page 7
                                                              Run on:  05/17/23  10.01AM  Menu 24-10 jakew
```

===============================================================================================================

| | Inv Date  Inv #  Order # P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|
| KARGHER CHOCOLATE CO | 05/04/22 472689 038244A PO736 | 378 | .00 | .00 | .00 | .00 | -90.69 |
| Cust. # 07043   Total: | | Avg:   0 | | | | | |
| | | | .00 | | .00 | .00 | -90.69 |

```
* Cash Receipts *    Month/Year   04/22  05/22  01/23
*Payment History*    Avg Days:    7      9      9

Salesman  Phone/Contact           Terms                Date Open   Limit  Orders & Invt  Over Limit          Total A/R
   02                             001 1% 10 NET 30     08/14/09   10000                          .00          -90.69
                                                                          Exposure
       -90.69
```

===============================================================================================================

| | Inv Date  Inv #  Order # P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|
| L & R SHIPPING SUPPL | 11/02/22 476362 041409A 11469 | 196 | .00 | .00 | .00 | .00 | 4424.15 |
| | 12/01/22 476815 041748A 11502 | 167 | .00 | .00 | .00 | .00 | 934.50 |
| | 02/01/23 477650 042332A 11538 | 105 | .00 | .00 | .00 | 5061.60 | .00 |
| Cust. # 96711   Total: | | Avg: 149 | | | | 5061.60 | |
| | | | .00 | | .00 | .00 | 5358.65 |

```
* Cash Receipts *    Month/Year   05/21  06/21  07/21  10/21  11/21  02/22  05/22  07/22  08/22
*Payment History*    Avg Days:   45     35     41     42     47     45     34     59    125

Salesman  Phone/Contact           Terms                Date Open   Limit  Orders & Invt  Over Limit          Total A/R
   14    215-638-3000             045 NET 45           02/20/92   45000                          .00       10,420.25
                                                                          Exposure
   10420.25
```

===============================================================================================================

| | Inv Date  Inv #  Order # P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|
| LITTLE BARN | 05/06/21 000391 | 741 | .00 | .00 | .00 | .00 | -24.77 |
| Cust. # 06716   Total: | | Avg:   0 | | | | | |
| | | | .00 | | .00 | .00 | -24.77 |

```
* Cash Receipts *    Month/Year   02/21  05/21  06/21
*Payment History*    Avg Days:    8     16     24

Salesman  Phone/Contact           Terms                Date Open   Limit  Orders & Invt  Over Limit          Total A/R
```

```
  04                              099 CASH IN ADVANCE   06/21/19   Ea Ord                        .00              -24.77
                                                                    Exposure
      -24.77
==========================================================================================================================
                     Inv Date  Inv #  Order # P.O.#          Days   Current   31- 60   61- 90   91- 120   OVER 120
M & G PACKAGING CORP  01/31/23 477627  042329A MM1923         106      .00       .00      .00   1205.60       .00
Cust. # 97801   Total:                               Avg: 106         .00                       1205.60
                                                                      .00                .00                  .00


^BEACON-BIRDS                       A/R Aging by Invoice Date     All Customers               05/17/23  Page 8
                                                                  Run on:  05/17/23  10.01AM  Menu 24-10 jakew

==========================================================================================================================
* Cash Receipts *     Month/Year  03/20  08/20  01/21  04/21  05/21  09/21  11/21  07/22  01/23
*Payment History*      Avg Days:   120     75     77    101     13    111     60     10    120

Salesman  Phone/Contact         Terms            Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  01    363-7455 *KEEP TO 60 DAYS*  060 NET 60    01/01/90   20000                      .00          1,205.60
                                                                        Exposure
      1205.6
==========================================================================================================================
                     Inv Date  Inv #  Order # P.O.#          Days   Current   31- 60   61- 90   91- 120   OVER 120
MAYFIELD GREENHOUSES  01/19/23 000391                        118      .00       .00      .00   -8520.00      .00
Cust. # 08547   Total:                               Avg:  0          .00                       -8520.00
                                                                      .00                .00                  .00


* Cash Receipts *     Month/Year  04/22  10/22  11/22
*Payment History*      Avg Days:    9     169     18

Salesman  Phone/Contact         Terms            Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  02    JIMMY@SUMMITPLANTS.COM   099 CASH IN ADVANCE  03/01/13  Ea Ord                   .00          -8,520.00
                                                                        Exposure
      -8520
==========================================================================================================================
                     Inv Date  Inv #  Order # P.O.#          Days   Current   31- 60   61- 90   91- 120   OVER 120
MODERN TIMBER CRAFT   04/16/21 000391                        761      .00       .00      .00       .00    -191.08
                    *PP 08/16/21 466130 033951A              639      .00       .00      .00       .00      -7.10
Cust. # 09428   Total:                               Avg:  0          .00                .00       .00    -198.18


* Cash Receipts *     Month/Year  05/21  08/21
*Payment History*      Avg Days:    4     17

Salesman  Phone/Contact         Terms            Date Open   Limit  Orders & Invt  Over Limit        Total A/R
  14                             099 CASH IN ADVANCE  04/21/21  Ea Ord                   .00          -198.18
                                                                        Exposure
      -198.18
==========================================================================================================================
```

| | Inv Date  Inv #  Order # P.O.# | | | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|
| NELLYS GREENHOUSE LL | 02/10/22 000391 | | | 461 | .00 | .00 | .00 | .00 | -14.81 |
| Cust. # 08921    Total: | | | | Avg:  0 | | .00 | | .00 | |
| | | | | | .00 | | .00 | | -14.81 |

| * Cash Receipts * | Month/Year   03/20   04/21   03/22 |
|---|---|
| *Payment History* | Avg Days:   9     20     7 |

| Salesman  Phone/Contact | | Terms | | Date Open | Limit Orders & Invt Over Limit | | Total A/R |
|---|---|---|---|---|---|---|---|
| 02    908-756-0031 | | 099 CASH IN ADVANCE | | 12/02/15 | Ea Ord | .00 | -14.81 |
| | | | | | Exposure | | |

-14.81

| | Inv Date  Inv #  Order # P.O.# | | | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|
| 911 SAFETY EQUIPMENT | 12/06/22 476882  041816A 30758 | | | 162 | .00 | .00 | .00 | .00 | 1323.75 |
| | 12/07/22 476906  041816A 30758 | | | 161 | .00 | .00 | .00 | .00 | 2269.79 |
| Cust. # 09291    Total: | | | | Avg: 161 | | .00 | | .00 | |
| | | | | | .00 | | .00 | | 3593.54 |

| * Cash Receipts * | Month/Year   06/22   07/22   01/23 |
|---|---|
| *Payment History* | Avg Days:   63    157     96 |

| Salesman  Phone/Contact | | Terms | | Date Open | Limit Orders & Invt Over Limit | | Total A/R |
|---|---|---|---|---|---|---|---|
| 05 | | 001 1% 10 NET 30 | | 08/20/18 | 1500 | 2093.54 | 3,593.54*** |
| | | | | | Exposure | | |

3593.54

| | Inv Date  Inv #  Order # P.O.# | | | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|
| PLEASANT VIEW INDUST | 07/11/22 000391 | | | 310 | .00 | .00 | .00 | .00 | -2276.30 |
| Cust. # 02537    Total: | | | | Avg:  0 | | .00 | | .00 | |
| | | | | | .00 | | .00 | | -2276.30 |

| * Cash Receipts * | Month/Year  11/19  05/20  08/20  12/20  01/21  05/21  11/21  10/22  11/22 |
|---|---|
| *Payment History* | Avg Days:   14     15     32     38     27     27     34     25     22 |

| Salesman  Phone/Contact | | Terms | | Date Open | Limit Orders & Invt Over Limit | | Total A/R |
|---|---|---|---|---|---|---|---|
| 04 | | 001 1% 10 NET 30 | | 02/19/08 | 1000 | .00 | -2,276.30 |
| | | | | | Exposure | | |

-2276.3

| | Inv Date  Inv #  Order # P.O.# | | | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|
| PRIME PRODUCTS | 11/08/21 000391 | | | 555 | .00 | .00 | .00 | .00 | -4.12 |
| Cust. # 04628    Total: | | | | Avg:  0 | | .00 | | .00 | |
| | | | | | .00 | | .00 | | -4.12 |

```
* Cash Receipts *        Month/Year   06/20   03/21   01/22
*Payment History*        Avg Days:     24      14      60

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
  04      302-528-3866               099 CASH IN ADVANCE 07/09/01   Ea Ord                     .00              -4.12
                                                                            Exposure
       -4.12
========================================================================================================================
          Inv Date  Inv #  Order # P.O.#         Days    Current    31- 60   61- 90    91- 120   OVER 120
SCHRAMM INCORPORATED  05/16/19 442941  094834A 65219      1462       .00        .00       .00        .00      2338.25
                      05/16/19 442942  094835A 65219      1462       .00        .00       .00        .00      1888.51
                      05/16/19 442943  094833A 65219      1462       .00        .00       .00        .00      1475.50
                      05/16/19 442944  094842A 65219      1462       .00        .00       .00        .00       453.75
^BEACON-BIRDS                 A/R Aging by Invoice Date    All Customers                       05/17/23  Page 10
                                                           Run on:  05/17/23  10.01AM  Menu 24-10 jakew
========================================================================================================================
          Inv Date  Inv #  Order # P.O.#         Days    Current    31- 60   61- 90    91- 120   OVER 120
SCHRAMM INCORPORATED  05/17/19 442970  094835A 65219      1461       .00        .00       .00        .00       349.44
                   *PP 10/12/22 476002  040810A 73316       217       .00        .00       .00        .00       113.90
                      10/21/22 476162  040810A 73316       208       .00        .00       .00        .00       481.50
                      10/21/22 476168  040810A 73316       208       .00        .00       .00        .00      -193.60
Cust. # 66398   Total:                         Avg: 1357
                                                                     .00        .00                 .00      6907.25

* Cash Receipts *    Month/Year  05/18  12/19  07/20  03/21  05/21  09/21  03/22  10/22  02/23
*Payment History*    Avg Days:     3     15     21     4     67      2     27      7     123

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
  14      610-696-2500               099 CASH IN ADVANCE 08/24/07   Ea Ord                 6907.25          6,907.25***
                                                                            Exposure
     6907.25
========================================================================================================================
          Inv Date  Inv #  Order # P.O.#         Days    Current    31- 60   61- 90    91- 120   OVER 120
TELEFLEX co CONCUR I  12/11/20 459038  027785A 6501425385  887       .00        .00       .00        .00       -13.12
                      12/19/22 477081  040856A 6501922304  149       .00        .00       .00        .00      3347.75
                      01/06/23 477243  040858A 6501922318  131       .00        .00       .00        .00       505.94
Cust. # 03251   Total:                         Avg:  147
                                                                     .00        .00                 .00      3840.57

* Cash Receipts *    Month/Year  09/22  10/22  11/22  12/22  01/23  02/23  03/23  04/23  05/23
*Payment History*    Avg Days:    60     48     42     58     68     51     46     113     92

Salesman  Phone/Contact              Terms              Date Open   Limit  Orders & Invt  Over Limit          Total A/R
  01      accountspayablequeriesus@  001 1% 10 NET 30    00/00/00  250000                     .00            3,840.57
                                                                            Exposure
     3840.57
========================================================================================================================
```

|  | Inv Date | Inv # | Order # | P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| VANGUARD QUALITY SEW | 12/16/22 | 477065 | 039191A | V-DAVE | 152 | .00 | .00 | .00 | .00 | -40.00 |
| Cust. # 95415    Total: | | | | | Avg: 0 | | | | | |
| | | | | | | .00 | .00 | .00 | .00 | -40.00 |

| * Cash Receipts * | Month/Year | 08/16 | 05/17 | 02/18 | 08/18 | 06/19 | 08/19 | 08/20 | 06/21 | 12/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Payment History* | Avg Days: | 14 | 21 | 13 | 15 | 13 | 31 | 41 | 31 | 172 |

| Salesman | Phone/Contact | Terms | Date Open | Limit | Orders & Invt | Over Limit | Total A/R |
|---|---|---|---|---|---|---|---|
| 05 | 302-994-9302 | 045 NET 45 | 03/20/95 | 2000 | | .00 | -40.00 |
| | | | | | Exposure | | |

-40

===============================================================================================

|  | Inv Date | Inv # | Order # | P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| ^BEACON-BIRDS | | | A/R Aging by Invoice Date | | | All Customers | | | 05/17/23 | Page 11 |
| | | | | | | | | Run on: | 05/17/23 10.01AM | Menu 24-10 jakew |

===============================================================================================

|  | Inv Date | Inv # | Order # | P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| VELROSE LINGERIE | *PP 10/29/21 | 468170 | 035324A | 136645 | 565 | .00 | .00 | .00 | .00 | 282.58 |
| | 11/04/21 | 468276 | 035478A | 137100 | 559 | .00 | .00 | .00 | .00 | 2649.31 |
| | 02/14/22 | 470767 | 037053A | 140327 | 457 | .00 | .00 | .00 | .00 | 2023.32 |
| | 10/11/22 | 475977 | 040268A | V-0132 | 218 | .00 | .00 | .00 | .00 | -33.18 |
| Cust. # 08394    Total: | | | | | Avg: 518 | | | | | |
| | | | | | | .00 | .00 | .00 | | 4922.03 |

| * Cash Receipts * | Month/Year | 06/22 | 09/22 | 10/22 |
|---|---|---|---|---|
| *Payment History* | Avg Days: | 68 | 12 | 30 |

| Salesman | Phone/Contact | Terms | Date Open | Limit | Orders & Invt | Over Limit | Total A/R |
|---|---|---|---|---|---|---|---|
| 07 | | 001 1% 10 NET 30 | 04/09/12 | Ea Ord | | 4922.03 | 4,922.03*** |
| | | | | | Exposure | | |

4922.03

===============================================================================================

|  | Inv Date | Inv # | Order # | P.O.# | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| VIMCO, INC. | 01/24/23 | 477537 | 042309A | RM 5.4 | 113 | .00 | .00 | .00 | 4377.40 | .00 |
| | 01/24/23 | 477538 | 042309A | RM 5.4 | 113 | .00 | .00 | .00 | 698.75 | .00 |
| Cust. # 06542    Total: | | | | | Avg: 113 | | | | | |
| | | | | | | .00 | .00 | .00 | 5076.15 | .00 |

| * Cash Receipts * | Month/Year | 08/22 | 09/22 | 10/22 |
|---|---|---|---|---|
| *Payment History* | Avg Days: | 22 | 11 | 12 |

| Salesman | Phone/Contact | Terms | Date Open | Limit | Orders & Invt | Over Limit | Total A/R |
|---|---|---|---|---|---|---|---|
| 14 | | 001 1% 10 NET 30 | 06/23/05 | 10000 | | .00 | 5,076.15 |
| | | | | | Exposure | | |

5076.15

===============================================================================================

| | Inv Date | Inv # | Order # P.O.# | | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| WEBB MANUFACTURING C | 10/14/22 | 476076 | 040740A V-DAVID | | 215 | .00 | .00 | .00 | .00 | -356.38 |
| Cust. # 07203    Total: | | | | Avg: | 0 | | .00 | | .00 | |
| | | | | | | .00 | | .00 | | -356.38 |

| * Cash Receipts * | Month/Year | 08/17 | 02/19 | 10/22 |
|---|---|---|---|---|
| *Payment History* | Avg Days: | 7 | 9 | 18 |

| Salesman | Phone/Contact | Terms | Date Open | Limit | Orders & Invt | Over Limit | Total A/R |
|---|---|---|---|---|---|---|---|
| 14 | | 001 1% 10 NET 30 | 02/02/07 | 2000 | | .00 | -356.38 |
| | | | | | Exposure | | |
| -356.38 | | | | | | | |

========================================================================================================

| | Inv Date | Inv # | Order # P.O.# | | Days | Current | 31- 60 | 61- 90 | 91- 120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total  Currency | | | | Avg: | 330 | | .00 | | 3257.56 | |
| | | | | | | 8704.75 | | .00 | | 37062.94 |

**less $1987.64**
**pd 5/22 by Fidelity Fber**

| ^BEACON-BIRDS | A/R Aging by Invoice Date | All Customers | 05/17/23 Page 12 |
|---|---|---|---|
| | | Run on:  05/17/23  10.01AM  Menu 24-10 jakew | |

========================================================================================================

| | | | | | | | | | | Total A/R |
|---|---|---|---|---|---|---|---|---|---|---|
| 49,025.25 | | | | | | | | | | |
| Percent | | | | | | 17.76 | .00 | .00 | 6.64 | 75.60 |

========================================================================================================

**less $1987.64**
**pd 5/22 by Fidelity Fber**

   **47037.61 total AR**

# Attachment A/B 21-1

Attachment A/B 21-1

^BEACON-BIRDS                    04552 INTERMETRO INDUSTRIES CORP.                    04/20/23
Page 1
                                                        Run on:  04/20/23  11.47AM  Menu 29-35
jakew


From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH MSF |
|---|---|---|---|---|---|---|---|---|
| 254066 QT05-007 | 22 600 | 0 | 0 | 86400 | | | 1.2494 | .00 T 0 |
| Totals for Cust  4552 | | 0 | 0 | | | | | .00 0 |


^BEACON-BIRDS                    97444 PRIDE MOBILITY PRODUCTS                    04/20/23
Page 1
                                                        Run on:  04/20/23  11.47AM  Menu 29-35
jakew


From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH MSF |
|---|---|---|---|---|---|---|---|---|
| 228234 CORINST1234 | 6 600 | 0 | 0 | 330 | | | 2.6887 | .00 T 0 |
| 234247 CORTRAY1037 | 6 600 | 0 | 0 | 2100 | | | 1.6422 | .00 T 0 |
| 234251 CORINST 1237 | 6 600 | 0 | 0 | 1096 | | | 3.3871 | .00 T 0 |

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH MSF |
|---|---|---|---|---|---|---|---|---|
| 258274 CORINST1236 | 9 600 | 600 | 0 | 0 | 1500 | 2500 | 0.6415 | 384.90 T |
| 3 | | | | | | | | |
| 295205 SHP1709288 | 6 600 | 10 | 0 | 0 | 650 | 1625 | 1.4686 | 14.69 T |
| 0 | | | | | | | | |

------------------------------------------------------------------------------------------------------------
---------
Totals for Cust  97444                        610           0                                            399.59
3


ˆBEACON-BIRDS                    02987 K.C. SCHAEFER SUPPLY CO., INC.                    04/20/23
Page 1
                                                            Run on:  04/20/23  11.47AM  Menu 29-35
jakew

 From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH MSF |
|---|---|---|---|---|---|---|---|---|
| 158232 SMALL GERANIUM | 0 600 | 1000 | 0 | 0 | | | 0.0000 | .00 T |
| 4 | | | | | | | | |

------------------------------------------------------------------------------------------------------------
---------
Totals for Cust  2987                         1000          0                                               .00
4


ˆBEACON-BIRDS                    99804 ALBEA AMERICAS, INC.                    04/20/23
Page 1
                                                            Run on:  04/20/23  11.47AM  Menu 29-35
jakew

 From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH MSF |
|---|---|---|---|---|---|---|---|---|

```
------------------------------------------------------------------------------------------------
---------
 278903 6043  1018714            6 600        0        0   78400                  0.8658        .00 T
0
 281828 5510  913891             1 600        0        0   14000                  1.5055        .00 T
0
------------------------------------------------------------------------------------------------
---------
Totals for Cust  99804                        0        0                                        .00
0
```

^BEACON-BIRDS                       08221 ALCON RESEARCH LTD.- J GIBBLE                    04/20/23
Page 1
                                                            Run on:  04/20/23  11.47AM  Menu 29-35
jakew

 From Loc. 600 to Loc. 600

```
 Item # Description          Shpd PC LOC   Qty OH  Qty Res  Qty Ord    Re Lev    Re Qty   Unit Cost      $ OH
MSF
------------------------------------------------------------------------------------------------
---------
 266439 900230887   81-0010      2 600     -352        0        0         0      8500      1.6736        .00 T
0
 266440 900231018   81-7004      2 600        0        0    14400                          0.4225        .00 T
0
 267184 900195330   81-7112     22 600    -1728        0        0         0      3456      0.1250        .00 T
0
------------------------------------------------------------------------------------------------
---------
Totals for Cust  8221                     -2080        0                                                .00
0
```

^BEACON-BIRDS                       09248 BALLYMORE COMPANY, INC                          04/20/23
Page 1
                                                            Run on:  04/20/23  11.47AM  Menu 29-35
jakew

From Loc. 600 to Loc. 600

| Item # Description MSF | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| 296109 01000001 WIDE BOTTOM 80 | 5 600 | 1659 | 0 | 0 | | | 6.9081 | 11460.54 T |
| 296137 01000029 WIDE TOP 14 | 5 600 | 420 | 0 | 0 | | | 4.9452 | 2076.98 T |
| 296138 01000002 NARROW BOTTOM 27 | 5 600 | 680 | 0 | 0 | | | 6.4207 | 4366.08 T |
| 296139 01000027 NARROW TOP 25 | 5 600 | 980 | 0 | 0 | | | 4.1978 | 4113.84 T |
| Totals for Cust  9248 147 | | 3739 | 0 | | | | | 22017.44 |

ˆBEACON-BIRDS                              06224 BEACON CONTAINER CORP                              04/20/23
Page 1

jakew

From Loc. 600 to Loc. 600

| Item # Description MSF | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| 227445 BEDDING PLANT 0 | 6 600 | 1 | 0 | 0 | | | 0.2980 | .30 T |
| Totals for Cust  6224 0 | | 1 | 0 | | | | | .30 |

^BEACON-BIRDS                        08938 DOUBLE H PLASTICS, INC.                        04/20/23
Page 1
                                                    Run on:  04/20/23  11.47AM  Menu 29-35
jakew

 From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
| MSF | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 288434 BOX1066 | 6 600 | 10 | 10 | 8000 | | | 2.0816 | 20.82 T |
| 0 | | | | | | | | |
| 293104 BOX1009 | 2 600 | 875 | 0 | 0 | | | 1.1702 | 1023.90 T |
| 15 | | | | | | | | |
| 293140 BOX1084B | 2 600 | 125 | 0 | 0 | 500 | 2000 | 1.3623 | 170.28 T |
| 3 | | | | | | | | |
| Totals for Cust  8938 | | 1010 | 10 | | | | | 1215.00 |
| 19 | | | | | | | | |

^BEACON-BIRDS                        04255 GODIVA CHOCOLATIER, INC.                        04/20/23
Page 1
                                                    Run on:  04/20/23  11.47AM  Menu 29-35
jakew

 From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
| MSF | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 226824 49400 | 2 600 | -1350 | 0 | 0 | 0 | 1350 | 0.3477 | .00 T |
| 0 | | | | | | | | |

| Item # Description | Shpd | LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH | MSF |
|---|---|---|---|---|---|---|---|---|---|---|
| 235639 X-LARGE | 2 | 600 | 0 | 648 | 2500 | | | 2.8925 | .00 T | 0 |
| 235640 LARGE | 2 | 600 | 0 | 1110 | 2500 | | | 2.6719 | .00 T | 0 |
| 235641 SMALL | 2 | 600 | 0 | 2420 | 5000 | | | 1.2333 | .00 T | 0 |
| 235642 MEDIUM | 2 | 600 | 0 | 467 | 1250 | | | 1.9430 | .00 T | 0 |
| 278454 61620 | 2 | 600 | -2700 | 0 | 0 | 0 | 2700 | 0.8336 | .00 T | 0 |
| 281018 EXTRA SMALL | 2 | 600 | 0 | 200 | 1250 | | | 0.9037 | .00 T | 0 |
| 300319 70471 | 22 | 600 | 0 | 0 | 6700 | | | 0.0645 | .00 T | 0 |

```
------------------------------------------------------------------------------------------------
---------
```

| Totals for Cust  4255 | | | -4050 | 4845 | | | | | .00 | 0 |

ˆBEACON-BIRDS                              06247 INLAND LABEL & MARKETING                              04/20/23
Page 1

Run on:  04/20/23  11.47AM  Menu 29-35

jakew

From Loc. 600 to Loc. 600

| Item # Description | Shpd | PC | LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH | MSF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 289888 12 X 12 X 8 1/2 (WHSE) | 2 | | 600 | 2145 | 0 | 0 | | | 0.7946 | 1704.42 T | 16 |
| 300987 DW WAFER | 6 | | 600 | 10800 | 0 | 0 | | | 0.1272 | 1374.19 T | 9 |

```
------------------------------------------------------------------------------------------------
---------
```

| Totals for Cust  6247 | | | | 12945 | 0 | | | | | 3078.61 | 25 |

ˆBEACON-BIRDS                01617 INNOVATIVE OFFICE PRODUCTS                    04/20/23
Page 1
                                                            Run on:  04/20/23  11.47AM  Menu 29-35
jakew


From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| MSF | | | | | | | | |
| ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- |
| 180181 P700335 | 2 600 | 1200 | 0 | 0 | | | 2.2448 | 2693.76 T |
| 18 | | | | | | | | |
| 203296 P702329 | 5 600 | 2295 | 0 | 0 | | | 0.3413 | 783.28 T |
| 4 | | | | | | | | |
| 239295 P701130 | 2 600 | 266 | 0 | 0 | | | 3.0181 | 802.81 T |
| 5 | | | | | | | | |
| 246166 P705811-B | 2 600 | 2435 | 0 | 0 | | | 1.3263 | 3229.54 T |
| 25 | | | | | | | | |
| 255607 P705813 | 2 600 | 265 | 0 | 0 | 480 | 1200 | 1.2665 | 335.62 T |
| 3 | | | | | | | | |
| 273326 P710107 | 2 600 | 6500 | 0 | 0 | | | 0.9075 | 5898.75 T |
| 50 | | | | | | | | |
| 280735 P710986 | 2 600 | 5475 | 0 | 0 | | | 0.2664 | 1458.54 T |
| 13 | | | | | | | | |
| 300165 P705812-C | 6 600 | 400 | 0 | 0 | | | 0.3751 | 150.04 T |
| 2 | | | | | | | | |

----------------------------------------------------------------------------------------------------
---------
Totals for Cust  1617                    18836        0                                      15352.34
122


ˆBEACON-BIRDS                99635 MASTER WATER CONDITIONING CORP               04/20/23
Page 1
                                                            Run on:  04/20/23  11.47AM  Menu 29-35
jakew

From Loc. 600 to Loc. 600

| Item # Description MSF | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| 281165 TELE 10" MCA TOP-G 8 | 2 600 | 520 | 0 | 0 | | | 1.4500 | 754.01 T |
| Totals for Cust  99635 8 | | 520 | 0 | | | | | 754.01 |

ˆBEACON-BIRDS                          08479 PANOS BRANDS                          04/20/23
Page 1
                                                       Run on:  04/20/23  11.47AM  Menu 29-35

jakew

From Loc. 600 to Loc. 600

| Item # Description MSF | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| 290757 SESMARK SAVORY DISPLAY 17 | 6 600 | 1050 | 0 | 0 | | | 1.2666 | 1329.92 T |
| 290759 SESMARK SAVORY DISPLAY 13 | 2 600 | 945 | 0 | 0 | | | 0.8797 | 831.27 T |
| Totals for Cust  8479 30 | | 1995 | 0 | | | | | 2161.19 |

ˆBEACON-BIRDS                          06896 PENN ENGINEERING                          04/20/23
Page 1

jakew

From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| MSF | | | | | | | | |
| 250526 #5  (48ECT/WHSE) | 2 600 | 23430 | 18000 | 42000 | | | 0.3821 | 8952.60 T |
| 84 | | | | | | | | |
| Totals for Cust  6896 | | 23430 | 18000 | | | | | 8952.60 |
| 84 | | | | | | | | |

^BEACON-BIRDS                          09349 PT. CIBA VISION BATAM/ALCON                          04/20/23
Page 1

jakew

From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| MSF | | | | | | | | |
| 299254 81-7112 | 22 600 | 1728 | 0 | 0 | | | 0.0921 | 159.20 T |
| 1 | | | | | | | | |
| Totals for Cust  9349 | | 1728 | 0 | | | | | 159.20 |
| 1 | | | | | | | | |

^BEACON-BIRDS                          16640 SFS Inc.                          04/20/23
Page 1

Run on:  04/20/23  11.47AM  Menu 29-35

jakew

From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| MSF | | | | | | | | |

---------
| 214231 0730607 (WHSE) | 2 600 | 1 | 0 | 0 | | | 0.7150 | .72 T |
| 0 | | | | | | | | |

---------
| Totals for Cust  16640 | | 1 | 0 | | | | | .72 |
| 0 | | | | | | | | |


^BEACON-BIRDS                          07501 STRAHMAN VALVES, INC.                          04/20/23
Page 1

Run on:  04/20/23  11.47AM  Menu 29-35

jakew

From Loc. 600 to Loc. 600

| Item # Description | Shpd PC LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|---|---|---|---|---|---|---|---|---|
| MSF | | | | | | | | |

---------
| 242042 S-210 | 2 600 | -11 | 0 | 0 | 300 | 1200 | 1.8542 | .00 T |
| 0 | | | | | | | | |

---------
| Totals for Cust  7501 | | -11 | 0 | | | | | .00 |
| 0 | | | | | | | | |


^BEACON-BIRDS                          07092 WORLD FLAVORS INC.                          04/20/23
Page 1

Run on:  04/20/23  11.47AM  Menu 29-35

jakew

From Loc. 600 to Loc. 600

| Item # | Description | Shpd | PC | LOC | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | $ OH |
|--------|-------------|------|-----|-----|--------|---------|---------|--------|--------|-----------|------|
| | | | | | | | | | | | MSF |
| 232711 | 315-P041 PALLET CORNER | 10 | 600 | | 9650 | 0 | 0 | | | 0.2834 | 2734.81 T |
| 21 | | | | | | | | | | | |
| 233515 | 301-B105 | 2 | 600 | | 2682 | 0 | 0 | | | 1.6524 | 4431.74 T |
| 31 | | | | | | | | | | | |
| Totals for Cust  7092 | | | | | 12332 | 0 | | | | | 7166.55 |
| 52 | | | | | | | | | | | |
| ^Grand Totals | | | | | 72006 | 22855 | | | | | 61257.55 |
| 494 | | | | | | | | | | | |

# Attachment A/B 22-2

Attachment A/B
22-2

| FILE # | ITEM | UNITS | COST | | TOTAL |
|--------|------|-------|------|---|-------|
| 1001 | STARCH BULK | 14,763 | $0.62 | LB. | $9,105.82 |
| 1002 | STARCH BAGS | 0 | $30.85 | | $0.00 |
| 1004 | BORAX 5 MOL | 2,300 | $0.53 | LB. | $1,219.00 |
| 1005 | CAUSTIC SODA LIQUID (SODIUM HYDROXIDE) | 1,250 | $5.64 | GAL. | $7,050.13 |
| 1006 | MICHELMAN COAT 40E | 1,425 | $3.14 | LB. | $4,474.50 |
| 1008 | TEAR TAPE 53494-09000-00 | 4 | $320.00 | ROLL | $1,280.00 |
| 1009 | CIRKAN RO 150-DR OIL | 135 | $18.15 | GAL. | $2,450.25 |
| 1010 | AW68-DR OIL | 550 | $7.86 | GAL. | $4,323.00 |
| 1011 | CARTER EP 220-DR OIL | 440 | $16.02 | GAL. | $7,048.80 |
| 1012 | AW46-DR OIL | 165 | $7.68 | GAL. | $1,267.20 |
| 1015 | SPLICING TAPE ST 625 H/D 2 1/2" | 300 | $8.33 | ROLL | $2,499.00 |
| 1021 | MAG-1 NON DETERGENT 30 OIL | 275 | $9.85 | GAL. | $2,708.75 |
| 1026 | OPTI-REZ | 2,000 | $0.97 | LB. | $1,940.00 |

| 1006 | RUSTBAN | 1,000 | | $6.33 | LB. | $6,330.00 |
|---|---|---|---|---|---|---|
| 60894 | 60" WIDE STRETCH FILM | 12 | | $167.50 | ROLL | $2,010.00 |
| 40005 | TYING TWINE #850 | 4 | | $24.50 | BOX | $98.00 |
| 40008 | STITCHING WIRE 25 LB. ROLLS | 21 | | $2.55 | LB. | $53.55 |
| 40010 | TAPE WHITE 2" | 9 | | $22.22 | ROLL | $199.98 |
| 40011 | TAPE WHITE 3" | 10 | | $58.50 | ROLL | $585.00 |
| 40013 | TAPE KRAFT 2" | 10 | | $23.69 | ROLL | $236.90 |
| 40014 | TAPE KRAFT 2 1/2" | 10 | | $37.00 | ROLL | $370.00 |
| 40016 | TAPE KRAFT 3" EX-HVY | 10 | # | $185.00 | ROLL | $1,850.00 |
| 60889 | SM-300 PLASTIC STRAP | 0 | | $59.18 | ROLL | $0.00 |
| 60900 | SHRINK WRAP 16" WIDE | 72 | | $35.40 | ROLL | $2,548.80 |
| 40030 | HOT MELT CHIPS HM585 | 4 | | $3.07 | LB. | $12.28 |
| 60891 | PP-5050W-230 MOSCA STRAP | 32 | | $112.42 | ROLL | $3,597.44 |
| 40050 | 50 A.S.D. BANDING CLIPS 2000 COUNT | 18 | | $145.90 | BOX | $2,626.20 |
| 60890 | SIGNODE 1818 HAND STRAPPING | 4 | | $127.10 | ROLL | $508.40 |
| 60902 | CM-526 COOL MELT CHIPS | 10 | 1 | $2.90 | LB. | $29.00 |

| | | | | | |
|---|---|---|---|---|---|
| GR A | PALLETS EAST PENN RECOVERY | 490 | $52.00 | PLT. | $25,480.00 |
| 60888 | PALLETS 48 X 40 | 387 | $10.80 | PLT. | $4,179.60 |
| | PALLETS - EAST PENN USE | 453 | $15.00 | PLT. | $6,795.00 |
| 60888 | PALLETS 48 X 40 HEAT TREATED | 210 | $10.80 | PLT. | $2,268.00 |
| 60389 | 1280Y-072B MOSCA STRAPPING | 32 | $123.27 | ROLL | $3,944.64 |
| 60903 | PET9053G120D STRAPPING | 41 | $112.42 | ROLL | $4,609.22 |
| 40057 | 3M 476XL TAPE FOR RANDOM HOUSE | 27 | $208.80 | ROLL | $5,637.60 |
| 40021 | MASKING TAPE 3/4" | 420 | $0.75 | EA. | $315.00 |
| 40022 | MASKING TAPE 2" | 360 | $2.51 | EA. | $903.60 |
| 40025 | OIL 1300 15W-40 | 12 | $11.55 | GAL. | $138.60 |
| 40026 | DIESEL FUEL #2 *LATEST PRICE + $.78 PER GALLON | 3   6,166 | $4.47 | GAL. | $32,371.50 |
| 40027 | BOILER FUEL #6.5 *LATEST PRICE | 8,800 | $2.93 | GAL. | $25,784.00 |
| 40028 | STAPLES T694/6 | 2 | $10.22 | BOX | $20.44 |
| 40029 | STAPLES 5010D | 28 | $6.50 | BOX | $182.00 |
| 40032 | STEEL SHIM TAPE .002 x 5/16 180 | 8 | $36.40 | ROLL | $291.20 |
| | NEW COMPRESSOR OIL ACH-46 | 20 | $23.35 | GAL. | $467.00 |

| | | | | | |
|---|---|---|---|---|---|
| 40051 | GEAR OIL 634 / 600XP460 | 5 | $22.81 | GAL. | $114.05 |
| 40053 | GEAR OIL 632 / 600XP320 | 55 | $28.35 | GAL. | $1,559.25 |
| 1024 | GEAR OIL 630 / 600XP220 | 55 | $13.44 | GAL. | $739.20 |
| 40055 | DTE HEAVY MEDIUM OIL | 20 | $11.11 | GAL. | $222.20 |
| | 46 PAO COMPRESSOR OIL 9000 | 20 | $42.77 | GAL. | $855.40 |
| | DEF FUEL ADDITIVE | 100 | $2.35 | GAL. | $235.00 |
| | CORR. FINGERS CGS 8159-9.978 | 50 | $23.01 | EACH | $1,150.50 |
| | CGS 8159-10.016 BRASS FINGERS | 60 | $24.66 | EACH | $1,479.60 |
| 1019 | BALE WIRE / 50 LB. SPOOLS 10 GAUGE | 43 | $60.00 | ROLL | $2,580.00 |
| 40048 | PARRAFIN WAX 130MP | 0 | $1.35 | | $0.00 |
| 40023 | LABEL GLUE 5-1170 | 0 | $17.50 | GAL. | $0.00 |
| | VACTRA # 3 OIL / MS100-PL | 20 | $16.31 | GAL. | $326.20 |
| 40011 | GLUE J & L  # 3-0075A | 1,000 | $1.20 | LB. | $1,200.00 |
| 40020 | FLEXO GLUE 2-0153 UV | 1,000 | $1.04 | LB. | $1,040.00 |

| FILE # | COLOR | SUPPLIER/ STOCK | COST | | UNITS | TOTAL |
|---|---|---|---|---|---|---|
| 40020 | CORR 2300 FLEXO GLUE | | 1,500 | $1.53 | LB. | $2,295.00 |
| 40030 | HOT MELT 8448 | | 0 | $3.23 | LB | $0.00 |
| 60902 | COOL MELT 25 A | | 60 | $3.23 | LB | $193.80 |
| 23392 | 34 BLUE/MOTTLED | | | $2.47 | LB. 280 | $691.60 |
| 20103 | 33 BLUE | FRY | | $1.58 | LB. 540 | $853.20 |
| 20102 | 32 BLUE | FRY | | $1.58 | LB. 220 | $347.60 |
| 20101 | 31 BLUE | FRY | | $1.50 | LB. 490 | $735.00 |
| 20123 | 30 BLUE | | | $1.56 | LB. 270 | $421.20 |
| 20105 | 387 BLUE | | | $1.34 | LB. 0 | $0.00 |
| 20403 | 76 RED | FRY | | $1.70 | LB. 400 | $680.00 |
| 20402 | 75 RED U/C | | | $4.60 | LB. 520 | $2,392.00 |
| 23287 | 74 RED U/C | | | $2.32 | LB. 580 | $1,345.60 |
| 20501 | 90 BLACK | | | $0.89 | LB. 0 | $0.00 |
| 20661 | DEFOAMER | BCM | | $7.30 | LB. 310 | $2,263.00 |
| 23335 | 202 RED HS | FRY | | $4.08 | LB. 135 | 550.80 |
| 20656 | 49 PURPLE U/C | | | $4.54 | LB. 90 | 408.60 |

|       |                   |     |       |     |     |        |
|-------|-------------------|-----|-------|-----|-----|--------|
|       | 200 RED           |     | $4.32 | LB. | 135 | 583.20 |
|       | 7682 BLUE         |     | $3.65 | LB. | 180 | 657    |
|       | 191 RED           |     | $3.82 | LB. | 220 | $840.40 |
| 20925 | 609 MAROON U/C    |     | $3.45 | LB. | 220 | 759.00 |
| 23355 | 185C RED LOW RUB   |     | $4.55 | LB. | 90  | 409.50 |
| 23397 | 288 HS BLUE NATURAL |   | $4.15 | LB. | 90  | 373.50 |
| 23399 | 20 GREEN          |     | $4.10 | LB. | 180 | 738.00 |
| 20001 | 21 GREEN          |     | $1.31 | LB. | 180 | 235.80 |
| 20003 | 24 GREEN U/C      | BCM | $4.45 | LB. | 360 | 1,602.00 |
| 20021 | 25 GREEN U/C      |     | $2.22 | LB. | 270 | 599.40 |
| 20004 | 29 GREEN          |     | $2.80 | LB. | 180 | 504.00 |
| 20037 | 300 BLUE U/C      |     | $3.16 | LB. | 180 | 568.80 |
| 23346 | 287 BLUE HS FD RCD |    | $4.55 | LB. | 135 | 614.25 |
| 20400 | 73 RED            |     | $1.43 | LB. | 90  | 128.70 |
| 20301 | 52 BROWN          | FRY | $1.33 | LB. | 180 | 239.40 |
| 20200 | 10 YELLOW         | FRY | $1.53 | LB. | 90  | 137.70 |

|       |                    |     |        |     |     |           |
|-------|--------------------|-----|--------|-----|-----|-----------|
|       | 7627 RED           |     | $2.22  | LB. | 180 | 399.60    |
|       | 300 GCMI           |     |        |     | 185 | 0.00      |
| 20114 | 394 BLUE U/C       | BCM | $3.45  | LB. | 180 | $621.00   |
| 23268 | 269 PURPLE         | FRY | $3.75  | LB. | 140 | $525.00   |
| 20111 | 3229 BLUE U/C      |     | $2.84  | LB. | 130 | $369.20   |
| 20035 | 39 BLUE U/C        |     | $3.66  | LB. | 400 | $1,464.00 |
| 20115 | 541U BLUE          |     | $4.10  | LB. | 45  | $184.50   |
| 23039 | BLACK ULTRA-CORE   | FRY | $1.41  | LB. | 360 | $507.60   |
| 23225 | 3086 BLUE          |     | $1.37  | LB  | 200 | $274.00   |
| 23350 | 90 BLACK LOW RUB   |     | $1.90  | LB. | 580 | $1,102.00 |
|       | PAN PROCESS BLUE   | BCM | $3.60  | LB. | 135 | $486.00   |
| 20801 | 81 ORANGE          |     | $2.70  | LB. | 170 | $459.00   |
| 20335 | 984 MAGENTA ULTRA  |     | $3.65  | LB. | 90  | $328.50   |
| 23449 | 315 DARK TEAL      |     | $4.40  | LB  | 45  | $198.00   |
| 23376 | 5493 BLUE          |     | $4.05  | LB. | 90  | 364.50    |
| 23016 | 91 WHITE ULTRA CORE|     | $2.11  | LB. | 220 | 464.20    |

| 23398 | 9842 GODIVA BROWN | | $3.85 | LB. | 260 | 1,001.00 |
| 20800 | 80 ORANGE | | $1.43 | LB. | 20 | $28.60 |
| 3000 | 82 ORANGE2. | | $3.14 | LB | 100 | $314.00 |
| 23440 | 361C GREEN | | $4.60 | LB. | 135 | $621.00 |
| 23381 | 348 GREEN HS | | $4.05 | LB. | 90 | $364.50 |
| 23444 | 137 ORANGE POPPER | FRY | $3.46 | LB. | 180 | $622.80 |
| 20024 | 484 U BROWN HS | | $4.10 | LB. | 135 | $553.50 |
| 23438 | 298 U BLUE | | $3.95 | LB. | 135 | $533.25 |
| 20120 | 293 BLUE HS | | $3.65 | LB | 140 | $511.00 |
| 23447 9 | 9942 BLUE | | $3.90 | LB | 180 | $702.00 |
| 23396 | 368 GREEN HS RCD | | $4.60 | LB | 180 | $828.00 |
| 23255 | 9526 SFS WARM RD | | $3.55 | LB. | 200 | $710.00 |
| 23254 | 9827 INTEC BLUE HS | | $3.10 | LB. | 180 | $558.00 |
| 23240 | 3282HS TEAL NAT | BCM | $4.31 | LB. | 490 | $2,111.90 |
| 23427 | 285C BLUE RCD | | $4.60 | LB. | 200 | $920.00 |
| 23235 | 294 BLUE HS | | $4.20 | LB. | 45 | $189.00 |

| | | | | | |
|---|---|---|---|---|---|
| | 2935 BLUE | $3.60 | LB. | 110 | $396.00 |
| 23065 | 13 TRANS. YELLOW | $4.40 | LB. | 135 | $594.00 |
| 20031 | REFLEX BLUE HS | $3.95 | LB. | 450 | $1,777.50 |
| 23081 | 286U BLUE HS | $4.05 | LB. | 310 | $1,255.50 |
| 23292 | 3033 BLUE HS | $3.65 | LB. | 180 | $657.00 |
| 23253 | 4515 U BEIGE TRANS | $2.95 | LB. | 135 | $398.25 |
| 23252 | 3435U GREEN | $3.50 | LB. | 180 | $630.00 |
| 23237 | 9453 GREEN | $4.75 | LB. | 90 | $427.50 |
| 23389 | 280 HS BLUE RCD | $4.75 | LB. | 180 | $855.00 |
| 23344 | WARM RED NAT | $3.80 | LB. | 140 | $532.00 |
| 23228 | 485 U RED | $4.05 | LB. | 140 | $567.00 |
| 23095 | 7690 DARK BLUE | $3.85 | LB. | 135 | $519.75 |
| 23309 | 327 TEAL | $3.70 | LB. | 90 | $333.00 |
| | 319 BLUE | | LB. | 180 | 0 |
| 23310 | 2995U BLUE HS | $3.50 | LB. | 220 | $770.00 |
| 23367 | 188C RED | $4.40 | LB. | 135 | $594.00 |

| 23442 | 388 BLUE | $1.41 | LB. | 45 | $63.45 |
| 23379 | 295 BLUE NATURAL | $3.95 | LB. | 630 | $2,488.50 |
| 23311 | 186U RED HS | $3.55 | LB. | 580 | $2,059.00 |
| 23312 | 115U YELLOW TRANS | $4.50 | LB. | 180 | $810.00 |
| 23270 | 2738U BLUE HS RCD | $3.95 | LB. | 45 | $177.75 |
| | 13 GCMI YELLOW | | LB. | 135 | $0.00 |
| | PAN 2193 BLUE | | LB. | 210 | $0.00 |

**GRAND TOTAL**        **$249,747.66**

# Attachment A/B 22-3

```
^BEACON          #NAME?                    Ite    m Inventry Repo;by Item              12/25/22 Page 1
                                               Run    on:  01 /09/23  10Menu 29-35  jakew
```

From Lo c. 000 To Loc. 999

| Item # | Description | Ship | PC Loc | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | Cost $ OH | MSF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | C-FLUTE CORR ROLLS / | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 17021 | 34042 | 0 |
| 3 | B-FLUTE CORR ROLLS | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3000 | 3000 | 0 |
| 4 | C-FLUTE GLUE ROLL | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 3991 | 7982 | 0 |
| 5 | FINGER BAR B-FLUTE C | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 10770 | 10770 | 0 |
| 6 | B & C FLUTE METERING | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1658 | 1658 | 0 |
| 7 | CORR DBL/BACKER GLUE | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 4129 | 8258 | 0 |
| 11 | GLU ROLL B-FLUTE S/F | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3550 | 3550 | 0 |
| 12 | DOUBLE BACKER DOCTOR | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 7882 | 15764 | 0 |
| 30 | PCWB16347 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1916 | 1916 | 0 |
| 39 | 999999-927 LARGE GEA | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1500 | 1500 | 0 |
| 42 | CORR. BELTS TOP 91' | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 37792 | 37792 | 0 |
| 44 | 1 KIT= 2 RACK/1 SHAF | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1831.68 | 1831.68 | 0 |
| 45 | 10060-SP-R10 C-FLUTE | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1710 | 1710 | 0 |
| 45 | 10060-SP-R10 C-FLUTE | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1880.1856 | 1880.19 | 0 |
| | TOT | | | 2 | 0 | 0 | | | | 131653.87 | 0 |
| 49 | PRE CONDITIONER MOTO | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1950 | 1950 | 0 |
| 52 | B-FLUTE CORRUGATOR R | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 56 | 51890-5 POWER SUPPLY | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1128 | 1128 | 0 |
| 10001 | 1 FEED ROLL ZLM RECO | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10004 | ZLG-052390-E   HEAD | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1112 | 1112 | 0 |
| 10007 | ZLG-1917-D INTERNAL | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1200 | 1200 | 0 |
| 10009 | ZLG-5117 RUNNING REG | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1050 | 1050 | 0 |
| 11000 | WARD FEED ROLL 19888 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2979 | 5958 | 0 |
| 11001 | WARD ELECTRIC CLUTCH | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2227 | 2227 | 0 |
| 11025 | TOUCH SCREEN DYNA-PR | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11027 | TOUCH SCREEN 306230 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 9633 | 9633 | 0 |
| 11027 | TOUCH SCREEN 306230 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 4402.816 | 4402.82 | 0 |
| | TOT | | | 2 | 0 | 0 | | | | 28660.82 | 0 |
| 11028 | FFG ANILOX ROLL 220 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3608 | 3608 | 0 |
| 11037 | TOLLOMATIC AIR CYLIN | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4083 | 4083 | 0 |
| 11038 | 176820 OUTER RING | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2300 | 2300 | 0 |
| 12000 | ANILOX ROLL ZLR | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 9172 | 9172 | 0 |
| 12001 | ZLR FEED ROLL | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2766 | 8298 | 0 |

| Item # | Description | Ship | PC Loc | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | Cost $ OH | MSF |
|--------|-------------|------|--------|--------|---------|---------|--------|--------|-----------|-----------|-----|
| 50001 | EXIT ROLL  / RECONDI | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1811 | 1811 | 0 |
| 50002 | 9402042  BLADE KIT | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2781 | 8343 | 0 |
| 50003 | 3211228  98" SHEAR B | 0 | 0 | 3 | 0 | 1 | 0 | 0 | 5390 | 16170 | 0 |
| 50006 | 9400040 ENCODER INTE | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1500 | 1500 | 0 |
| 50007 | 9400050 INPUT INTERF | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1200 | 1200 | 0 |
| 50008 | 9400060 D/A STRAPPED | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1800 | 1800 | 0 |
| 50009 | 9400077 TRANSISTOR S | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1200 | 1200 | 0 |
| 50013 | 9400335 CLY. TACH. A | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1100 | 1100 | 0 |
| 50016 | 9400475 CARD WEB RES | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2035 | 2035 | 0 |
| 50017 | 9451154-1 SINE CARD | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1659 | 1659 | 0 |
| 50020 | 9401126 MOTOR PULL/E | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3612 | 3612 | 0 |

From Lo c. 000 To Loc. 999

| Item # | Description | Ship | PC Loc | Qty OH | Qty Res | Qty Ord | Re Lev | Re Qty | Unit Cost | Cost $ OH | MSF |
|--------|-------------|------|--------|--------|---------|---------|--------|--------|-----------|-----------|-----|
| 50022 | 9406666 CARD VELOCIT | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1620 | 1620 | 0 |
| 50027 | 9452228 CPU CARD | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4800 | 4800 | 0 |
| 50028 | BOTTOM INFEED ROLLS | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1509 | 1509 | 0 |
| 50029 | 9400198 PULL/EXIT CA | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1500 | 1500 | 0 |
| 50030 | 1239066 98" SHEAR KN | 0 | 0 | 3 | 0 | 1 | 0 | 0 | 2848 | 8544 | 0 |
| 50032 | 9310070  DC DRIVE, 3 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 5528 | 5528 | 0 |
| 50035 | 9310050  DC DRIVE | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 8460 | 8460 | 0 |
| 50036 | 9342736 D/C DRIVE | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3500 | 3500 | 0 |
| 50037 | 9310175  DC DRIVE / | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1750 | 3500 | 0 |
| 50037 | 9310175  DC DRIVE / | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 5929.216 | 5929.22 | 0 |
| | TOT | | | 3 | 0 | 0 | | | | 157701.22 | 0 |
| 50040 | 9370032 CARD POWER S | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1650 | 1650 | 0 |
| 50041 | 9370110 SFEC INTERFA | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1250 | 1250 | 0 |
| 50044 | 9900412 POWER SUPPLY | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1680 | 1680 | 0 |
| 50045 | NIP ROLL/1 UPPER/1 L | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1207 | 1207 | 0 |
| 50045 | NIP ROLL/1 UPPER/1 L | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1637.6576 | 1637.66 | 0 |
| | TOT | | | 2 | 0 | 0 | | | | 7424.66 | 0 |
| 50050 | 9310080 DRIVE 30 HP | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1500 | 3000 | 0 |
| 50051 | 9601052 S/S SPEED CO | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1050 | 1050 | 0 |
| 50052 | 9473735 10A IGI DRIV | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2721 | 5442 | 0 |
| 50053 | NEW#9915222 PRESET I | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1995 | 1995 | 0 |
| 50054 | 9601532 DRIVE DIAG. | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2500 | 2500 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50061 | 9634051 TRIM CHUTE D | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1142 | 1142 | 0 |
| 50065 | 9439729 TEASER CARD | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1260 | 1260 | 0 |
| 50067 | 9870009 SHEAR CONTRO | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1664 | 1664 | 0 |
| 50069 | PV292R1DC00 DENISON | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1460 | 1460 | 0 |
| 57000 | ANILOX ROLL CLB RECO | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2025 | 2025 | 0 |
| 57001 | FEED ROLL CLB RECOND | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1523 | 1523 | 0 |
| 57500 | ANILOX ROLL WARD | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 10684 | 21368 | 0 |
| 57502 | 89395 WIPE ROLL | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57503 | 137813 MOTOR & BRAKE | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1172 | 1172 | 0 |
| 57508 | WARD D/C FEED ROLL | 0 | 0 | 4 | 0 | 1 | 0 | 0 | 3675 | 14700 | 0 |
| 57509 | 137947 GEAR BEARING | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2660 | 2660 | 0 |
| 58000 | PRINT CYL. S. HOOPER | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1419 | 1419 | 0 |
| 61303 | HDB2-DN-3CI 2" SANDP | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3875.0208 | 3875.02 | 0 |
| 61500 | 02400092 CONTROL DRI | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2530 | 2530 | 0 |
| 61501 | 02400133 SERVO MOTOR | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2411.522 | 2411.52 | 0 |
| 61703 | 090000 AIR MOTOR | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2389 | 2389 | 0 |

-------------------------   -----------------------------------------------------------------------------------
                                                                                    75585.54
^Grand Totals                            101       0        6                      401026.11              0

MARQUIP DRY-END LOT PURCHASE 2019 (ATTACHED)        18500

2022 YR END BALANCE                                 419526.11

                                                    417478

plus new corrugator c flute rolls                   67000

total major parts                                   484478

# Attachment A/B 50

Attachment A/B 50

| Item # | Photo | DESCRIPTION |
|---|---|---|
| 1 | 1-6 | Bloapco 3CAX2558H 54" Continuous Shredder, s/n 77693, 25 HP Motor, Controls and 30 HP Blower |
| 2 | 7-13 | Universal 64-3/8" x 160" Rotary Flexo Slotter, (4) Slotting Heads, Infeed Conveyor, Pneumatic Ink Pump, Counter, Controls and 60" x 165" Inground Scissor Lift |
| 3 | 14-19 | 1965 S & S ECB 8' Eccentric Slotter, s/n 9679, (4) Slotting Heads, Safety Fencing, Infeed Table |
| 4 | 20-27 | American Baler CO. 302-97-20R Hydraulic Top Loading Horizontal Continuous Baler, s/n 7482395, 20 HP, Auto Tying, 30" x 42" Bale Size, Control Panel with Allen Bradley PLC Control, Roof Mounted Silo |
| 5 | 28-35 | Vortex United Starch Kitchen, model 0202501, s/n FX3, with Batch Hopper, Borax Hopper, Digital Scales, Caustic Hopper with Scale, Stainless Steel Mix Tank with 40 HP Mixer, Screw Auger Feed, (2) Viatec 465 Gallon Resin Fab Tanks with Mixer, Diaphragm Pump, Centrifuge Pump, Piping, Control Panel with Allen Bradley Panelview 1000 Touch Screen Controls |
| 6 | 36-41 | **1978 S & S 87" Corrugating Line including:** |
| | 42-45 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| | 45-48 | 1978 S & S Track Mounted Roll Stand, s/n 20303, Power Elevation, Power Travel, Close Air Clutch and Brake |
| | 49-52 | Marquip Corrugated Web Splicer |
| | 53-56 | S & S Pre-Heat Roll with Warp Arm, Steam Heated Platen, s/n 71105-1 |
| | 57-61 | S & S B-Flute Single Facer with Pneumatic Roll Adjustment, s/n 71101, Control Panel and Chiller |
| | 62-63 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| | 64-65 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| | 66-69 | Marquip Corrugated Web Splicer, s/n 11613-100 |
| | 70-71 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| | 72-73 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| | 74-77 | Marquip Corrugated Web Splicer |
| | 78-80 | S & S Pre-Heat Roll with Warp Arm, Steam Heated Platen, s/n 71105-2 |

| 81-84 | S & S C-Flute Single Facer with Pneumatic Roll Adjustment, s/n 71102, Glue Roll, Control Panel and Chiller |
| 85-87 | S & S Pre-Conditioner with Steam Mister, s/n 71103 |
| 88-92 | 90' Long Mezzanine Mounted Tensioning Tables |
| 93-94 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| 95-96 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| 97-99 | Marquip Corrugated Web Splicer |
| 100-101 | 1978 S & S Track Mounted Roll Stand, s/n 20270-11, Power Elevation, Power Travel, Close Air Clutch and Brake |
| 102-103 | 1978 S & S Track Mounted Roll Stand, s/n 20275, Power Elevation, Power Travel, Close Air Clutch and Brake |
| 104-107 | Marquip Corrugated Web Splicer, s/n 8114-100 |
| 108-109 | S & S Mezzanine Mounted Tensioning Stand |
| 110-111 | S & S C and B Flute Pre-Heaters with Steam Heated Rolls, s/n 71104 |
| 112-115 | S & S B and C Flute Double Backer with Top and Bottom Glue Rolls, Tension Rolls, Control Panel |
| 116-125 | S & S Hot Plate Section with (11) Heated Plates, Belt Tension Conveyor, s/n 71107 with Cold Plate Section with Cooling Rolls |
| 126-129 | Marquip Rotary Shear Knife, s/n 12576-2000, Conveyor with Measuring Reel |
| 130-131 | 1994 Weber CTS-B-179 Tear Taping Station with (4) Sets of Tape Heads |
| 132-133 | 2-Head Printing Stations |
| 134-140 | Marquip Quickset Rotary Shear, s/n 12576-3000 with Auxiliary Slitting Stations, Automatic Setting, Control Panel |
| 141-144 | Marquip III Top and Bottom Slitter Scorer, s/n 12576-1000 with Top and Bottom Knives, Feed Rolls, Control Panel |
| 145-152 | Marquip Conveyor/Stacker, s/n 12576-000, 36' Long Upper and Lower Feed Through Conveyor, Incline Conveyors, 10' Wide x 195" Wide Elevators |
| 153-154 | (4) 48' of Power Roll Conveyor |
| 155-160 | Line Control |
| | Miscellaneous Pumps, Heaters, Process Piping, Motor Control Centers, Transformers, Motors, Etc. |
| **7** | **Palletizing Line including:** |
| 161-162 | 1996 ACS 7' Wide x 75' Long Power Roller Conveyor |
| 163-166 | Cyklop ASU-1 Automatic Strapping Machine, s/n 4912 |
| 167 | Pallet Rotator |
| 168-169 | 1996 ACS 7' Wide x 20' Long Power Roller Conveyor with 90 degree Rotation |
| 170-171 | Control Panel |

| 8 | 172-173 | Oliver 36" Vertical Bandsaw, 5 HP Motor, Fence, 1 HP Drum Dust Collector |
| 9 | 174-175 | 1965 S & S 10' Slitter/Scorer |
| 10 | 176-178 | S & S CXF 10' Slitter/Scorer, s/n 1467 |
| 11 | 179-183 | 1960 Simon-Hooper 24" x 66" 2-Color Printer/Slotter, s/n 418, Infeed Station with Front and Side Gauging, Ink Pumps, (4) Sets of Slotting Heads |
| 12 | 184-187 | Miehle 50" x 68" Flat Bed Die Cutter with Manual Feed, Outfeed Table |
| 13 | 188-196 | S & S CLB 42" x 60" 3-Color Printer/Flat Bed Die Cutter, s/n 90513, Infeed Station with Front and Side Gauging, (3) Flexo Printing Stations each with Doctor Blade, Ink Pump, Power Roll Adjustment, Transfer Area, Die Cut Station with Back and Side Gauging, Sheet Support Pusher Bar |
| 14 | 197-204 | Hycorr P2 66" x 90" Tray Maker/Corner Gluer, s/n 027, Through Feed Conveyor, Fold Guide Bars, Nordson Hot Melt Glue Applicator with (2) Heads, Outfeed Conveyor, Signode Power Strapper, s/n A4493, Control Panel with PLC Control |
| 15 | | **Palletizing Line including:** |
| | 205-206 | 2007 ASC 72" x 40' Power Roller Conveyor, s/n E11908 |
| | 207-208 | Side Alignment Station with Guide Bars |
| | 209 | 72" x 10' Power Belt Conveyor |
| | 210-216 | 2007 EAM Mosca CTM703-10 Automatic Strapping Machine, s/n 930 with (3) Dance Rolls, 20 HP Hydraulic Power System |
| | 217-218 | 2007 ASC 96" x 34' Power Roller Conveyor |
| | 219 | Control Panel with Allen Bradley Panelview 550 Touch Screen Controls |
| 16 | | **Ward 66" x 125" Flexo Cutter Line including:** |
| | 220 | ASC 96" x 25' Power Roller Conveyor with Outboard Support |
| | 220-226 | ASC SPB-66X125-A-260 Block Push Pre-Feeder, s/n 151412.000, 4,000 lb. Capacity, Bundle Elevator, Extension Arm, Through Feed Conveyor, Load Centering, Control Panel |
| | 227-231 | 1997 Ward 3-Color Flexographic Printer, s/n 16115-H-1BZ with Pneumatic Ink Pumps, Infeed Station with Front and Side Alignment, Anilox Rolls, Power Roll Height Adjustment, Doctor Blades |
| | 232-233 | Ward Rotary Die Cutter, Variable Speed, Scrap Conveyor with Blower |

|         | |
|---------|--------------------------------------------------------------------|
| 234-239 | 1992 Martin 125 Stacker System, s/n S-2028, Beater Rolls, 10-Strand Strap Conveyor, Power Height Adjustment, Rear Alignment Bar, Type II Control Panel |
|         | ASC 80" x 66" Belt Conveyor |
| 240     | ASC 96" x 25' Power Roller Conveyor |
|         | Miscellaneous Motors, Blowers, Dust Collectors, Piping, Transformers and Controls |

| 17      | **S & S 38" x 80" Flexographic Folder Gluer including:** |
|---------|--------------------------------------------------------------------|
| 241-242 | ASC 72" x 44' Power Roller Conveyor |
| 243     | 75" x 66" Ball Bearing Conveyor |
|         | Infeed Station with Front and Side Guide Bars |
| 244-247 | Rotary Slotter Station |
| 248-250 | Single Color Print Station with Doctor Blade, Ink Pump |
|         | Scrap Conveyor with Blower |
|         | Valco Cincinnati Gluer, Fold Area with Guide Belts |
| 251-256 | Stack Station with Alignment Bar and Rollers |
| 257-258 | EAM Mosca Power Strapper, 64" Wide x 18" High Capacity, Overhead Pressure Bar |
| 259-260 | ASC 28" x 40' Power Roller Conveyor with (2) 90 degree Turns |
| 261-262 | ASC Manual Stack Area with 60" x 35' Gravity Roller Conveyor |
|         | Miscellaneous Motors, Blowers, Pumps, Transformers and Controls |

| 18      | **Ward 37-1/2" x 97" Flexo Folder Gluer Die Cutter Line including:** |
|---------|--------------------------------------------------------------------|
| 263     | ASC 96" x 30' Power Roller Conveyor |
| 264     | 84" x 8' Ball Bearing Conveyor |
|         | Infeed Station with Front and Side Guide Bars |
| 265-269 | Ward 4-Color Flexographic Printer, s/n 115115-CD-F3BZDPSYG1, each with Pneumatic Pump, Anilox Roll, Power Roll Adjustment |
|         | Rotary Die Cut Station with Power Roll Adjustment, Digital Counter |
| 270-271 | Slotter Station with Power Roll Adjustment, Scrap Conveyor with Blower, Beater Roll, Digital Counter |
| 272-273 | Folder Station, s/n 31593-G with Valco Cincinnati 4-Head Glue Applicator each Head with 8-Station Output Selector, Guide Belts, Blower |
| 274-280 | 1997 Ward Intell Matrix Stacker System, s/n 42105-1 with PLC Control, Power Height Adjustment, Bundle Elevator, Guide Bars |
| 281     | EAM Mosca Power Strapper, 64" Wide x 18" High Capacity, Overhead Pressure Bar |
| 282-283 | ASC 28" x 75' Power Roller Conveyor with (2) 90 degree Turns |
|         | ASC Manual Stack Area with 60" x 35' Gravity Roller Conveyor |

| | 284-288 | ASC ULFL-560-PS Unit Load Former, s/n 14209.000, 1,700 lb. Capacity, 5' x 6' Bundle Capacity, Pit Mounted Elevator, Control Panel |
| | | ASC 60" x 60' Power Roller Conveyor |
| | | Miscellaneous Motors, Blowers, Pumps, Dust Collector, Transformers and Controls |
| 19 | | **1971 S & S ZLR 50" x 110" Flexo Folder Glue Die Cutter Line including:** |
| | 289-290 | 96" x 25' Power Roller Conveyor |
| | 291-297 | ASC SPB-50X115-A-260 Block Push Pre-Feeder, s/n 15141.000, 4,000 lb. Capacity, Bundle Elevator, Extension Arm, Through Feed Conveyor, Load Centering, Control Panel |
| | | Infeed Station with Sun Automation Extend-O-Feed System, Side and Front Guide Bars |
| | 298-301 | 1971 S & S ZLR 2-Color Flexographic Printer, s/n 2029 with Ink Pumps, Power Roll Adjustment, Doctor Blades |
| | 302-303 | Rail Mounted Die Cut Station with Power Roll Adjustment |
| | 304-305 | Slotter Station, Beater Rolls with Scrap Conveyor and Blower |
| | 306-308 | Glue Station with Valco Cincinnati 2-Head Glue Applicator, Guide Bars |
| | 309-312 | S & S 50" x 110" Stacker System, s/n 20010, Guide Bars |
| | 313 | 1997 EAM Mosca RO-TR-C Power Strapper, s/n 48208, 64" x 18" Capacity, Overhead Pressure Bar |
| | 314-315 | 40" x 46' Power Roller Conveyor, 90 degree Turn, Cross Roller |
| | 316-320 | ASC ULFL-560-PS Unit Load Former, s/n 11829.000, 1,700 lb. Capacity, 5' x 6' Bundle Capacity, Pit Mounted Elevator, Control Panel |
| | 321 | ASC 60" x 35' Power Roller Conveyor |
| | | Miscellaneous Motors, Blowers, Pumps, Dust Collector, Transformers and Controls |
| 20 | 322-326 | Iton Traveling Head Power Stitcher, 10' Cross Travel, 8-Strand Strap Conveyor, Rear Power Stacker System |
| 21 | 327-330 | Universal Power Taper with 4' Throat, Nordson 2302 Hot Melt Glue Applicator, Feed Through Conveyor |
| 22 | 331-332 | **2004 J & L Alliance Machine Systems 150" Flexo Folder Glue Line including:** |
| | 333-334 | Module 1000 Infeed Station with 10-Strand Through Feed Conveyor, Side Alignment Bars |
| | 335-337 | Module 2000 Fold Station with (2) Sets of Upper and Lower Feed Belts, Advantech Industrial Computer 610 PLC Controller |
| | 338-341 | Module 3000 Fold Station with (2) Sets of Upper and Lower Feed Belts |
| | 342-343 | Module 4000 Glue Station with Valco Cincinnati MCP25 Glue System 8-Head Applicator, Guide Bars, PLC Controller |

| | |
|---|---|
| 344-346 | Module 5000 Folder Station with Alliance J & L PLC Controller |
| 347-350 | Module 6000 Stack Station with Squaring, 2-Level Elevator with Feed Belts, Nip Roll, Power Elevation |
| 352-353 | EAM Mosca RO-TRS-4 Power Strapper, s/n 70774, 60" x 20" Capacity, Overhead Pressure Bar, Side Guide Bars, Siemens PLC Controller |
| 354 | 30" Flexible Skate Wheel Conveyor |
| 355-356 | 34" x 20' Power Roller Conveyor with (2) 90 degree Turns |
| 357-358 | ASC Manual Stack Area with 60" x 20' Power Roller Conveyor Miscellaneous Motors and Controls |

| | |
|---|---|
| **23** | **1999 ASC Automated Transfer System including** |
| 359-365 | (2) Track Mounted Automated Carts, s/n 13919 with 2-Line 94" wide x 10' Long Power Roller Conveyors |
| 366 | 60" x 80' Power Roller Conveyor |
| 367 | 96" x 26' Power Roller Conveyor |
| 368 | (2) 60" x 12' Power Roller Conveyors |
| 369-370 | 72" x 114' Power Roller Conveyor |
| 371 | 96" x 36' Power Roller Conveyor with Pallet Rotator |
| 372-373 | 72" x 84' Power Roller Conveyor |
| 374 | 96" x 8' Power Roller Conveyor |
| 375 | 84" x 25' Power Roller Conveyor |
| 376 | 60" x 16' Power Roller Conveyor |
| 377 | 84" x 16' Power Roller Conveyor |
| 378-379 | 96" x 60' Power Roller Conveyor |
| 380 | 60" x 48' Power Roller Conveyor |
| 380 | 84" x 48' Power Roller Conveyor |
| 381 | 48" x 48' Power Roller Conveyor |
| 381 | 60" x 48' Power Roller Conveyor |
| 382 | 48" x 48' Power Roller Conveyor |
| 382 | 48" x 48' Power Roller Conveyor |
| 383 | 60" x 48' Power Roller Conveyor |
| 384-385 | 96" x 48' Power Roller Conveyor with Pallet Rotator |
| 386 | 48" x 48' Power Roller Conveyor |
| 387 | 60" x 48' Power Roller Conveyor |
| 387 | 48" x 48' Power Roller Conveyor |
| 388 | 48" x 48' Power Roller Conveyor |
| 388 | 60" x 48' Power Roller Conveyor |
| 389 | 48" x 48' Power Roller Conveyor |
| 389 | 84" x 48' Power Roller Conveyor |
| 390 | 48" x 48' Power Roller Conveyor |
| 390 | 60" x 48' Power Roller Conveyor |
| 391 | 60" x 48' Power Roller Conveyor |

|  | 391 | 84" x 48' Power Roller Conveyor |
|  | 392 | 48" x 48' Power Roller Conveyor |
|  | 392 | 60" x 48' Power Roller Conveyor |
|  | 393 | 72" x 48' Power Roller Conveyor |
|  | 393 | 84" x 20' Power Roller Conveyor |
|  | 394-395 | (2) 12" x 24' Power Roller Conveyor |
|  | 396 | 60" x 24' Power Roller Conveyor |
|  | 396 | 48" x 24' Power Roller Conveyor |
|  | 397 | (2) 96" x 10' Power Roller Conveyor |
|  | 398 | 96" x 26' Power Roller Conveyor |
|  | 399 | 32" x 28' Power Roller Conveyor |
|  | 399 | 96" x 28' Power Roller Conveyor |
|  | 399 | 32" x 28' Power Roller Conveyor |
|  | 400 | 60" x 10' Power Roller Conveyor |
|  |  | Miscellaneous Controls |
| 24 | 401-402 | 2006 EAM Mosca RO-M-P4 Strapping Machine, s/n 83110, 31" x 41" Arch |
| 25 | 403 | Sweed 505E Scrap Chopper, 3/4 HP |
| 26 | 404 | 2002 EAM Mosca RO-M-P4 Strapping Machine, s/n 67329, 20" x 51" Arch |
| 27 | 405 | 2002 EAM Mosca RO-M-P4 Strapping Machine, s/n 66882, 20" x 51" Arch |
| 28 | 406 | 2006 EAM Mosca RO-M-P4 Strapping Machine, s/n 83111, 31" x 41" Arch |
| 29 | 407-408 | Post Stitcher, 7' Throat |
| 30 | 409-411 | Weigh-Tronix WI-127 Stainless Steel Weigh Indicator, s/n 017153 with 4' x 6' Inground Scale Platform |
| 31 | K31-K31-8 | 1999 Konsberg  mdl. CM1930 CNC Corrugated Sample Cutter, GC700 Control w/ PC Interface, 70" x 113" Cutting Area, Vibrating Knife, Creasing Tool, Expansion Tool, (4) Ball Point Pen tools, Cutting Underlay, Artios CAD/CAM System w/ Related Software, Apple Computer w/ Flat Panel display |
| 32 | SR32-SR32-8 | **Miscellaneous Sample Room Equipment Including:** Sample Making Table w/ Jaw  Slotter/Creaser/Slitter, Foot Operated Shear; Bostitch Single Head Deep Throat Stitcher, 48" Throat; ST Rebuilt Knife Holder; 2007 Epson Stylus Pro 9800 Plotter, mdl. K132A |

| 33 | 412-425 | **Miscellaneous Equipment in Die Room including:** Die Board Carousel, Die Work Tables, Shelving, Cabinets, Flammable Storage Cabinet, Die Cylinder Work Tables, Etc. |
| 34 | 426-502 | **Miscellaneous Equipment Throughout Production Area including:** Fans, Strapping Dispenser, Pallet Jacks, Shop Crane, 3,000 Gallon Poly Storage Tank, Drum Pumps, Foreman's Desk, Cabinets, Tables, Power Tools, Wood Scrap Carts, Wood Flatbed Carts, Bench Grinder, Metal Carts, Die Carts and Racks, Pallet Racking, Warehouse Ladder, Conveyor Sections, Barrel Truck, Hand Truck, Grease Cart, Ladders, Lockers, Etc. |
| 35 | GD35-GD35-5 | 2002 GARDNER DENVER mdl. EAQ99K 125 HP Skid Mounted Rotary Screw Air Compressor, S/N S130336, Air Cooled, Entry ES+ Programmable Logic Control, 42 602 hours, current reset hours 26,184, 500 Gallon Remote Air Tank |
| 36 | AD36-AD36-7 | 2022 DRYPOINT RA RAX800NA-R Refrigerated Air Dryer, S/N 220000304 |
| 37 | AC37-AC37-12 | **Air Compressors and Dryers consisting of:**<br><br>Gardner Denver Electra -Saver II 100 HP Rotary Screw Air Compressor<br>Atlas Copco mdl. GA230-10 60 HP Rotary Screw Air Compressor, S/N NA<br>Ultra Air Products UA500AC REFRIGERATED AIR DRYER, S/N U11422<br>Hankison 80200 Refrigerated Air Dryer, S/N 0323A-1-9201-7<br>500 Gallon Remote Air Tank |
| 38 | G38-G38-3 | **Generators:**<br><br>UBS Uninterruptible Battery Back-up System w/ Onan P218 Gas Engine, S/N KE695222, 298 hours<br>Onan 12JC3R31/2468M Gas Generator, S/N 125C855615, 12.5 KVA |
| 39 | WW39-WW39-10 | BECKART ENVIRONMENTAL WASTE WATER & INK Treatment Systems:<br><br>Recovery System consisting of 3,384 Gallon & 2,619 Gallon Resin Tanks, 2,500 Gallon Poly Holding Tank w/ Manhole; Polyal, Lime & Polumer Pumps, Sludge Pump, Filtration Pump, Beckhart HY-Pack 30 Plate Filter Press,  Control Box w/ Allen Bradley Programmable Logic Control, Miscellaneous Diaphragm Pumps<br>INK & Oil System:  (4) Assorted Steel Holding Tanks, Pumps |

| 40 | B40-B40-8 | 1989 Mohawk Superior Boilerworks 4-X-2007 200 PSI Fire Tube Oil Fired Boiler, S/N  BOILERWORKS 4-X-2007 200 PSI, S/N 10818, Webster Control, Feed Pump, Water Softener, Chart Recorder |
| 41 | P41-P41-24 | **Parts:** Auxiliary, Replacement, Wear Parts for all machinery and equipment;  Includes motors & drives, Spare Corrugator & Press Rolls, Drives etc.-**EXTRAORDINARY ASSUMPTION** |
| 42 | | **Miscellaneous Equipment in Quality Lab including:** |
| | 600 | LAB AD-500-48 Drop Tester, s/n 7800190, 500 lb. Max |
| | 601 | LAB 5D-100 Accudrop, s/n 4410753 |
| | 602-603 | LAB DX Vibration Transportation Simulator Pallet Tester |
| | 604 | So-Low A21-40T Single Door Upright Ultra Low Freezer |
| | 605-606 | LAB 1000-CT Incline Impact Tester, s/n 773040, 1,000 lb. Max with LAB 1000VM Velocity Monitor |
| | 607 | LAB Validator Compression Tester, s/n 11070111, 4,400 lb. Max |
| | 608 | Lorentzen & Wettre 3-2 Cutter, s/n 520 |
| | 609 | Lorentzen & Wettre Crush Tester |
| | 610 | Lorentzen & Wettre Burst-O-Matic |
| | 611 | (3) Exact Dial Automatic Micrometers |
| | 612 | Setra 2000 Gram Top Loading Balance |
| | 613 | On Target Consultants 32 Score Bend Tester |
| | 614 | CCA Concora 1/2 x 6 Sample Cutter, s/n 1245 |
| | 615 | 15' Lab Counter |
| | | **Material Handling:** |
| 43 | FL43-FL43-8 | 2007 Yale GLC120SVNGSE092 LP Solid Tire Forklift, s/n E818V01830E, 7,700 LBS. Cap., 3 Stage Lift to 185" Reach, Side Shifter,  Cascade 77F-RCP-010R2 Hydraulic Roll Clamp, S/N RTL582678-1 R2, 7,700 LBS. Cap., 1,888 hours |
| 44 | FL44-FL44-7 | 1995 Hyster S120XLS LP Solid Tire Fork Lift, S/N D004V09660S, 12,100 LBS. Cap., 3-Stage Lift to 184.5" Reach, Cascade 90F-RC Hydraulic Roll Clamp, S/N 18985-00028P, 9,000 LBS. Cap., 2,794 hours |
| 45 | FL45-FL45-4 | Komatsu FG18ST-16 LP Solid Tire Fork Lift, S/N 653168A, 2,950 LBS. Cap., 3 Stage Lift to 188" Reach, Side Shifter, 29,567 hours (Unit #11) |
| 46 | FL46-FL46-3 | Komatsu FG25STLP-12 LP Solid Tire Fork Lift, S/N 512999A, 4,480 LBS. Cap., 3 Stage Lift to 188" Reach, Side Shifter, 39,046 hours (Unit #3) |

| 47 | FL47-FL47-4 | 2007 Komatsu FG18SHT-20 LP Solid Tire Fork Lift, S/N 675629A, 2,300 LBS. Cap., 3 Stage Lift to 188", Side Shifter, 30,117 hours (Unit #5) |
| 48 | FL48-FL48-3 | Komatsu FG18ST-16 LP Solid Tire Fork Lift, S/N 600755A, 2,950 LBS. Cap., 3 Stage Lift to 188" Reach, Side Shifter, 35,660 hours |
| 49 | ML49-ML49-3 | 1998 Strato-Lift KRX-20 Self-Propelled Scissor Man Platform Lift, S/N NA, 20 Max Work Height, Charger, 750 LBS. Cap., Hour meter not found |
| 50 | FL50-FL50-4 | 1983 Hyster H80B LP Pneumatic Tire Fork Lift, S/N B005D02327D, 8,000 LBS. Cap., 2 Stage Lift to 122", 42" Forks, 2,182 hours (Unit #8) |
| 51 | FL51-FL51-4 | Komatsu FG15STLP LP Solid Tire Fork Lift, S/N 602673A, 2,900 LBS. Cap., 3 Stage Lift to 158", Side Shifter, 32,168 hours (Unit #10) |
| 52 | W52-W52-3 | 2002 Miller Bobcat 250 NT CC-CV AC/DC 10,000 Watt Generator Welder, S/N LC354148, 96 hours, 20 HP Kohler Engine, LP Powered |
| 53 | M53-M53-22 | **Maintenance Area:** Pratt & Whitney 17" x 36" Engine Lathe, Taper Attachment, 3-Jaw Chuck; 6" Double End grinder & Single End Wire Brush Grinder, mounted on Iron Stand; H-Frame Hydraulic Press w/ Norco 20 Ton Jack & Arbor Press mounted on H-Frame; Oxy-Acetylene Burning Outfit; Lincoln Idealarc SP100 Portable Mig Welder; Ridgid 300 Power Threader w/ Quick Change Die Head, Tri-Stand, Oiler Bucket w/ Hand Threader & Dies, Manual #141 Geared Threader; HD Parker Bench Vise w/ Iron Stand; Miller Dialarc 250 AC/DC Tig welder; Welding Table w/ Supplies; Rockwell 15-665 15" Pedestal Drill Press, S/N 1602494; Dayton 6Y942A 18" Vertical Band Saw; Johnson mdl. J 9" x 16" Horizontal Band Saw |
| 54 | W54-W54-2 | **Wood Shop:** HD Bench Vise w/ Pipe Clamp; Delta Radial Arm Saw; Dayton DF16 16" Pedestal Drill Press; Carolina Horizontal Band Saw; Tornado Karcher 750 KSM Floor Scrubber; Craftsman 8" Table Top Saw', BM Root 36" Vertical Band Saw; Craftsman 4-1/2" Jointer/Planer |
| 55 | B55 | (112) Bales of Scrap Cardboard (estimated 78 tons) |
| 56 | | Kraft Paper Rolls (Unused, Wrapped Inventory-Alleged 560 Tons-**EXTRAORDINARY ASSUMPTION** |

57          Butt Rolls Inventory-Alleged 511 Tons-**EXTRAORDINARY
            ASSUMPTION**

58          Miscellaneous Supplies Inventory-**EXTRAORDINARY ASSUMPTION**

---

**Fill in this information to identify the case:**

Debtor name    Beacon Container Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Fulton Bank, N.A.

Creditor's Name

One Penn Square
Lancaster, PA 17602

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
May 31, 2019
**Last 4 digits of account number**
0101

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Fulton Bank, N.A.; See Attachment A/B 11;
Please see Attachment A/B - 50; 1,397 butt rolls;
Please see Attachment A/B 21-1; Slitter machine
stock; 217 full rolls

**Describe the lien**
Senior Secured

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $4,618,059.27     Column B: $3,080,720.92

**2.2**   Penske Truck Leasing Co., L.P.

Creditor's Name

255 Riverfront Dr.
Reading, PA 19602

Creditor's mailing address

terrice.jackson@penske.com

Creditor's email address, if known

**Date debt was incurred**
March 1, 1989
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

Column A: $131,495.00     Column B: $0.00

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

|  | | including this creditor and its relative priority. | ☒ Unliquidated ☒ Disputed | | |
|---|---|---|---|---|---|

| 2.3 | USW Dist 10 Local 286 Pension Plan | Describe debtor's property that is subject to a lien | $3,446,555.00 | $0.00 |
|---|---|---|---|---|

**Creditor's Name**
410-24 North Eighth Street

Philadelphia, PA 19123

Creditor's mailing address

**Describe the lien**
Subordinated to Fulton Bank

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/14/19
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,196,109.27 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Marc A. Hess, Esquire<br>937 Willow Street<br>P.O. Box 1140<br>Lebanon, PA 17042-1140 | Line _2.1_ | |
| Speak Wilderman, P.C.<br>Susan A. Murray, Esquire<br>Benjamin Eisner, Esquire<br>230 S. Broad Street, Suite 1400<br>Philadelphia, PA 19102 | Line _2.3_ | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Beacon Container Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Adan U. Tinoco
4118 6th Avenue
Temple, PA 19560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $458.25    Priority amount: $458.25

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.2** Priority creditor's name and mailing address
Kevin A. Soto Alfonso
249 Blair Ave
Reading, PA 19601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $514.53    Priority amount: $514.53

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.3** Priority creditor's name and mailing address
Kristen M. Mullins
171 Bowemansville Road
Mohnton, PA 19540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $240.59    Priority amount: $240.59

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4**

Priority creditor's name and mailing address
Omar A. Torres
421 S. 6th Street
Reading, PA 19602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$514.53    $514.53

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
Ramon Perez
247 Hopewell Street
Birdsboro, PA 19508

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$995.88    $995.88

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address
Salvador Vargas
1344 Green Street
Reading, PA 19604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,665.88    $1,665.88

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7**

Priority creditor's name and mailing address
Stuart M. Schlosser
1027 River Road
Reading, PA 19601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,298.90    $2,298.90

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
Thomas J. Morgan
855 N. Park Rd.
Bldg O, Apt 3
Wyomissing, PA 19610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,096.81    $1,096.81

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.9** Priority creditor's name and mailing address
Victor G. Cheesman
3500 Eisenbrown Road
Reading, PA 19605

As of the petition filing date, the claim is:                    $288.53        $288.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
Accrued Vacation

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
3B Services, Inc.
c/o Edwin L. Stock, Esquire
Rick Stock Law
50 North Fifth Street, 4th Floor
Reading, PA 19601

As of the petition filing date, the claim is: *Check that apply.*                    $41,769.08

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  6/22; 7/22; 8/22; 1/23

Basis for the claim:  Lawsuit

Last 4 digits of account number

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Abundant Life Marketing
324 Washington Street
Birdsboro, PA 19508

As of the petition filing date, the claim is: *Check that apply.*                    $305.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/25/23

Basis for the claim:  Business Debt

Last 4 digits of account number

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Accubond Corporation
Dowington Technical Center
460 Acorn Lane
Downingtown, PA 19335

As of the petition filing date, the claim is: *Check that apply.*                    $3,634.36

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/6/22

Basis for the claim:  Business Debt

Last 4 digits of account number

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
ADM Corn Processing
c/o Sue Kuznia
4666 Fairies Parkway
Decatur, IL 62525

As of the petition filing date, the claim is: *Check that apply.*                    $57,205.85

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  11/22/22; 12/16/22; 1/20/23

Basis for the claim:  Business Debt

Last 4 digits of account number

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Airgas USA LLC
431 West Vine Street
Stowe, PA 15464

As of the petition filing date, the claim is: *Check that apply.*                    $2,969.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/22; 11/30/22;
12/31/22; 1/13/23; 1/31/23

Basis for the claim:  Business Debt

Last 4 digits of account number

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

**Nonpriority creditor's name and mailing address**
Alarm Tech Sprinkler Inc.
501 Crescent Ave., Suite 200
Reading, PA 19605

**Date(s) debt was incurred**  8/2/22

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$5,973.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
Altronics Security Systems
824 Eighth Avenue
Bethlehem, PA 18018

**Date(s) debt was incurred**  10/31/22; 11/1/22; 3/16/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Repairs on alarm system

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,657.03

---

**3.8**

**Nonpriority creditor's name and mailing address**
Ameriken Companies
119 Pounds Drive
Tucker, GA 30084

**Date(s) debt was incurred**  10/21/22

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$273.04

---

**3.9**

**Nonpriority creditor's name and mailing address**
AT&T One Rate
P.O. Box 8212
Aurora, IL 60572

**Date(s) debt was incurred**  1/25/23; 2/25/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$41.44

---

**3.10**

**Nonpriority creditor's name and mailing address**
Baker Tilly US, LLP
1570 Fruitville Pike, Suite 400
Lancaster, PA 17601

**Date(s) debt was incurred**  March 13, 2022

**Last 4 digits of account number**  3804

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Retainer for 2022 Taxes

Is the claim subject to offset?  ☒ No   ☐ Yes

$15,450.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Barbey Electronics Corp.
110 Corporate Drive
Reading, PA 19605

**Date(s) debt was incurred**  11/29/22; 12/21/22; 1/10/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$545.76

---

**3.12**

**Nonpriority creditor's name and mailing address**
BCM Inks
11400 Deerfield Road
Cincinnati, OH 45242

**Date(s) debt was incurred**  1/4/23; 1/25/23; 1/31/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$6,403.50

---

**3.13**

**Nonpriority creditor's name and mailing address**
BHS Corrugated-North America
2431 Bertelkamp Road
Knoxville, TN 37932

**Date(s) debt was incurred**  8/31/22

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$66,400.82

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,428.93 |
|---|---|---|---|

Birdsboro Auto Parts
314 West Main Street, Suite 1
Birdsboro, PA 19508

**Date(s) debt was incurred**  12/7/22; 12/27/22; 1/12/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Birdsboro Municipal Authority
202 East Main Street

Birdsboro, PA 19508

**Date(s) debt was incurred** __

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Water use

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No   ☒ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,205.13 |
|---|---|---|---|

Brown Engineering Co.
2135 North 13th Street
P.O. Box 14355
Reading, PA 19612

**Date(s) debt was incurred**  10/22; 11/22; 12/22; 1/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.69 |
|---|---|---|---|

Bruske Products
7447 Duvan Drive
Tinley Park, IL 60477

**Date(s) debt was incurred**  11/3/22; 11/7/22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.39 |
|---|---|---|---|

Busch LLC
516 Viking Drive
Virginia Beach, VA 23452

**Date(s) debt was incurred**  11/21/22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,152.18 |
|---|---|---|---|

BW Papersystems
Marquip Ward United
1300 North Airport Road
Phillips, WI 54555

**Date(s) debt was incurred**  9/21/22; 9/30/22;
10/27/22; 11/1/22; 11/7/22; 12/9/22; 12/20/22;
1/20/23; 2/3/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,487.44 |
|---|---|---|---|

Carroll Motor Fuels
P.O. Box 64686
Baltimore, MD 21264

**Date(s) debt was incurred**  11/17/22; 11/22/22; 1/16/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,635.00**

Clearcut Die Works
1416 Union Avenue
Pennsauken, NJ 08110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/17/22; 11/23/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,475.00**

Coastal Wire Company
427 Gapway Road
Georgetown, SC 29440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/26/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,932.24**

Complete Packaging Inc.
P.O. Box 337
1380 Welsh Road
Montgomeryville, PA 18936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/11/22; 11/17/22;
11/23/22; 11/30/22; 12/6/22; 12/22/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,376.10**

Computer System Resources, Inc.
1521 McDaniel Drive
West Chester, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2/22; 9/26/22;
10/10/22; 11/14/22; 11/22/22; 12/8/22;
12/31/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$228.00**

Concentra Medical Centers
15 Freeport Road
Suite 110
Pittsburgh, PA 15215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/21/22; 1/26/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,281.40**

Corrugated Chemicals Inc.
5410 Homberg Drive, Suite 20
Knoxville, TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/16/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,233.16**

Corrugated Gear and Services
100 Anderson Road
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/12/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,894.62 |
|---|---|---|---|

Cummins Sales and Services
4499 Lewis Rd.
Harrisburg, PA 17111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/8/22; 12/21/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,699.11 |
|---|---|---|---|

Dicar Inc.
10 Bloomfield Ave
P.O. Box 643
Pine Brook, NJ 07058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/10/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,187.00 |
|---|---|---|---|

Direct Energy Business Marketing, LLC
194 Wood Avenue South, Second Floor

Iselin, NJ 08830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  September 3, 2020

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $263,537.57 |
|---|---|---|---|

DS Smith Reading Mill
720 Laurel Street
Reading, PA 19602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/19/22; 1/9/23;
1/10/23; 1/11/23; 1/19/23; 1/31/23; 2/1/23;
2/5/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,905.72 |
|---|---|---|---|

Dynamic Dies Inc.
1705 Commerce Road
Holland, OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/22; 12/22; 1/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,062.38 |
|---|---|---|---|

EAM - MOSCA Corporation
Valmont Industrial Park
675 Jaycee Drive
Hazleton, PA 18202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/22; 9/22; 10/22; 11/22;
12/22; 1/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,650.00 |
|---|---|---|---|

Earth Designs Landscaping LLC
1106 Dogwood Drive
Reading, PA 19609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was
incurred**  12/14/22; 12/26/22; 1/27/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $610.50 |
|---|---|---|---|

EME Solutions
P.O. Box 152
Getzville, NY 14068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  9/19/22; 11/1/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,107.02 |
|---|---|---|---|

Epicor Software Corp.
804 Las Cimas Parkway
Austin, TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was
incurred**  11/4/22; 12/30/22; 3/1/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,614.65 |
|---|---|---|---|

Esko-Graphics Inc.
8535 Gander Creek Drive
Miamisburg, OH 45342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/1/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $345.02 |
|---|---|---|---|

Exact-Stroke Inc.
34 Steamwhistle Drive
Warminster, PA 18974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/10/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $176.28 |
|---|---|---|---|

Federal Express
P.O. Box 1140 - Dept. A
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/20/22; 1/17/23;
2/7/23; 3/7/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,162.53 |
|---|---|---|---|

Fisher Leasing Inc.
4111 Pottsville Pike
Reading, PA 19605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/1/22; 11/4/22;
12/2/22; 1/5/23; 2/2/23; 2/27/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,347.52 |
|---|---|---|---|

Franke Winne & Son Inc.
521 Fellowship Road, Suite 115
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/31/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.42**

**Nonpriority creditor's name and mailing address**
Freedom Corrugated LLC
595 Oak Ridge Road
Hazleton, PA 18202

**Date(s) debt was incurred** 9/22; 10/22; 11/22; 12/22; 1/23

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$75,363.10

---

**3.43**

**Nonpriority creditor's name and mailing address**
Fromm Electric Supply Corp.
2101 Centre Avenue
Reading, PA 19605

**Date(s) debt was incurred** 10/18/22; 10/19/22; 12/7/22; 12/27/22; 1/4/23

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$4,237.68

---

**3.44**

**Nonpriority creditor's name and mailing address**
G&T Industries Inc.
1157D Arnold Road
Reading, PA 19605

**Date(s) debt was incurred** 11/1/22; 1/11/23

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,635.46

---

**3.45**

**Nonpriority creditor's name and mailing address**
General Carbon Corp.
33 Paterson Street
Paterson, NJ 07501

**Date(s) debt was incurred** 2/9/23

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$1,619.72

---

**3.46**

**Nonpriority creditor's name and mailing address**
George M. Martin Co.
1250 67th Street
Emeryville, CA 94608

**Date(s) debt was incurred** 12/14/22

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$394.52

---

**3.47**

**Nonpriority creditor's name and mailing address**
Grainger
4201A Pottsville Pike
Reading, PA 19605

**Date(s) debt was incurred** 11/22; 12/22; 1/23; 2/23

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,748.59

---

**3.48**

**Nonpriority creditor's name and mailing address**
Hamilton Bank
515 Penn St
PO Box 141
Reading, PA 19603

**Date(s) debt was incurred** 4/2/87

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.30 |
|---|---|---|---|

Healthsmart Benefit Solutions
P.O. Box 207109
Dallas, TX 75320

**Date(s) debt was incurred**  11/10/22; 12/16/22; 1/18/23

**Last 4 digits of account number**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,876.85 |
|---|---|---|---|

Honda Financial Services
P.O. Box 6034
Newark, DE 19714

**Date(s) debt was incurred**  1/22/23; 1/24/23; 2/1/23; 2/4/23

**Last 4 digits of account number**  _

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☐ No  ☒ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,289.60 |
|---|---|---|---|

Hot off the Press
200 North Washington Street
Boyertown, PA 19512

**Date(s) debt was incurred**  1/25/23

**Last 4 digits of account number**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

**Date(s) debt was incurred**  12/31/22

**Last 4 digits of account number**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Penalty for Late 4th Q Payroll Taxes

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,891.98 |
|---|---|---|---|

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Penalty related to 12/31/22 941

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913,483.80 |
|---|---|---|---|

International Paper
620 Poplar Avenue
Memphis, TN 38197

**Date(s) debt was incurred**  11/22; 12/22; 1/23;

**Last 4 digits of account number**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,681.82 |
|---|---|---|---|

J M Fry Co Inc.
124 Tices Lane, Suite A
East Brunswick, NJ 08816

**Date(s) debt was incurred**  10/18/22; 12/19/22

**Last 4 digits of account number**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,314.65**

J.P. Mascaro & Sons
Berks County Division
P.O Box 7250
Audubon, PA 19407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/12/22; 12/31/22; 1/12/23; 1/31/23; 2/13/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$607.05**

Jack Rich Inc.
617 Altamont Blvd.
Frackville, PA 17931

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/23/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,467.48**

L & R Shipping Supply
2554 State Road
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/22; 8/22; 9/22; 10/22; 11/22; 12/22; 1/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$318.76**

L E Sauer Machine Co.
3535 Tree Court Ind. Blvd.
Saint Louis, MO 63122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,718.08**

L M Robbins Company Inc.
5757 Oakwood Lane
Slatington, PA 18080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/15/22; 2/6/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,901.98**

Laminations
7220 Schantz Road
Allentown, PA 18106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/19/22; 10/25/22; 10/31/22; 12/15/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,235.00**

Levan Machine & Truck Equip.
3417 Pricetown Road
Fleetwood, PA 19522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/27/22; 12/28/22; 12/29/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Levi Hoover<br>744 Schuykill Ave<br>Reading, PA 19601 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.84 |
|---|---|---|
| Lincoln Coders Corp.<br>P.O. Box 8009<br>Fort Wayne, IN 46898 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 10/10/22; 1/30/23 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,581.81 |
|---|---|---|
| Lindenmeyr Munroe<br>200 Cascade Drive<br>Allentown, PA 18109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 12/22/22; 1/25/23 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,707.82 |
|---|---|---|
| M & G Packaging Corporation<br>602 Jefers Circle, #120<br>Exton, PA 19341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 6/22; 7/22; 9/22; 10/22; 1/23 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $281.94 |
|---|---|---|
| Mark Metals<br>2100 Adams Street<br>Reading, PA 19605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 11/22/22 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,643.00 |
|---|---|---|
| Marsand Company<br>1230 Haycreek Road<br>Birdsboro, PA 19508 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 1/31/23 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,645.93 |
|---|---|---|
| Marvel Marking Products<br>P.O. Box 427<br>Saxonburg, PA 16056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 11/3/22 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,032.82 |
|---|---|---|
| Mass Industrial Control Inc.<br>19 Woodrow Avenue<br>Sinking Spring, PA 19608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 8/22; 9/22; 10/22; 11/22; 1/23 | **Basis for the claim:** Business Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,996.28 |

McMaster-Carr Supply Co.
200 New Canton Way
Robbinsville, NJ 08691

**Date(s) debt was incurred** _10/22; 11/22; 12/22; 1/23_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.02 |

Met-Ed
2800 Pottsville Pike
P.O. Box 15152
Reading, PA 19612

**Date(s) debt was incurred** _2/20/23_

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,788.09 |

Meyer Laboratory Inc.
2401 West Jefferson
Blue Springs, MO 64015

**Date(s) debt was incurred** _11/14/22_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,724.99 |

Michelman Inc.
9080 Shell Road
Cincinnati, OH 45236

**Date(s) debt was incurred** _11/9/22; 12/13/22_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,170.22 |

Midland Information Systems
2130 Platinum Road
Apopka, FL 32703

**Date(s) debt was incurred** _1/11/23_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,568.00 |

Morgan Wood Products
P.O. Box 177
Powell, OH 43065

**Date(s) debt was incurred** _12/28/22_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,320.00 |

Multicell North, Inc.
191 Victor Street
Lawrenceville, GA 30046

**Date(s) debt was incurred** _1/30/23_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,412.14 |

NALCO Water
NALCO Company
P.O. Box 70716
Chicago, IL 60673

**Date(s) debt was incurred** _11/22; 12/22; 1/23; 2/23_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,232.00**

Noll Pallet & Lumber Co., Inc.
P.O. Box 706
Leesport, PA 19533

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/3/22; 11/8/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$908.83**

Nordson Corporation
11475 Lakefield Drive
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/12/22; 12/22/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,575.00**

North Industrial Chemicals Inc.
P.O. Box 1985
York, PA 17405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/19/22; 1/24/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$531.00**

P R P
5620 Elmwood Avenue
Indianapolis, IN 46203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/12/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,922.45**

PA Industrial Equipment Inc.
215 South Washington Street
Boyertown, PA 19512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/22; 10/22; 11/22; 12/22; 1/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,098.00**

Pallet Express Inc.
2906 William Penn Highway
Easton, PA 18045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/13/23; 1/25/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139,410.79**

Penske Truck Leasing Co.
c/o James F. Kratz, Esq.
Stevens & Lee
840 West Hamilton Street, Suite 521
Allentown, PA 18101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 11/22; 12/22

**Basis for the claim:** Balance on fleet contract

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$325.68**

Penteledata
540 Delaware Avenue
Palmerton, PA 18071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/24/23; 2/24/23

**Basis for the claim:** Business Debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$863.90**

Precision Solutions Inc.
2525 Tollgate Road
Quakertown, PA 18951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/29/22_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$754.14**

PWD Lubricants
1045 Pulinski Road
Warminster, PA 18974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/27/22_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,260.96**

Quest7 Inc.
9853 North Alpine Road
Machesney Park, IL 61115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/17/23_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,154.17**

Quincy Compressor LLC
701 N. Dobson Ave.
Bay Minette, AL 36507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _9/12/22; 11/2/22_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$466.30**

Radwell International Inc.
111 Mount Holly Bypass
Lumberton, NJ 08048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/30/22; 1/20/23_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,450.40**

Reading Bearing & Drive Solutions
80 Witman Road
Reading, PA 19605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/22; 11/22; 12/22; 1/23; 2/23_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,335.60**

Reading Sanitary Wiper Co.
35 Queen Street
Sinking Spring, PA 19608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/21/22; 1/20/23_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$258.76**

Recycling Equipment Corp.
831 West Fifth Street
Lansdale, PA 19446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/2/22_

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _____

Is the claim subject to offset? ☒ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Beacon Container Corporation | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,919.90

Redco Audio Inc. (Earmark)
515 Fan Hill Road
Monroe, CT 06468

**Date(s) debt was incurred** 8/25/22; 10/14/22; 1/27/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,262.94

Ricoh USA Program
P.O. Box 9115
Macon, GA 31208

**Date(s) debt was incurred** 12/16/22; 1/17/23; 2/14/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,345.90

Safety-Kleen Systems Inc.
5400 Legacy Drive
Cluster II, Building 3
Plano, TX 75024

**Date(s) debt was incurred** 10/21/22; 1/11/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Security First Inc.
107 West Lancaster Avenue
Shillington, PA 19607

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sprinkler and Security System

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,703.40

SOSMetal Products Inc.
2945 East Tioga Street
Philadelphia, PA 19134

**Date(s) debt was incurred** 11/10/22; 12/14/22; 1/5/23; 1/13/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,940.97

Springfield Paper Specialties
1754 Limekiln Pike
Fort Washington, PA 19034

**Date(s) debt was incurred** 12/15/22; 1/25/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $319.38

Stafford Corrugated Products
131 Business Park Drive
Indian Trail, NC 28079

**Date(s) debt was incurred** 1/13/23; 1/17/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57,399.80**

Steven T. Walter
29 Hessian Boulevard
Reading, PA 19607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/21/22

**Basis for the claim:**  Money Loaned to Business

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | | **$550.39**

Stratix Systems, Inc.
1011 N. Park Road
Wyomissing, PA 19610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/4/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | | **$2,504.53**

Suburban Propane
5365 Allentown Pike
Temple, PA 19560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/22; 11/22; 12/22

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | | **$3,853.33**

Sun Industrial Supply Co.
997 Postal Road
Allentown, PA 18109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/22; 11/22; 12/22; 1/23; 2/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | | **$360.10**

UGI Utilities, Inc.
225 Morgantown Road
Reading, PA 19611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/31/23; 2/22/23

**Basis for the claim:**  Gas line installation contract

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | | **$3,583.87**

Uline Shipping Supply Specialists
400 Boulder Drive
Breinigsville, PA 18031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/31/22; 1/5/23; 1/6/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | | **$57.20**

United Fidelity Life
P.O. Box 410288
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/16/22l 11/15/22; 12/15/22; 1/15/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | | **$8,164.54**

Univar
5 Steel Road East
Morrisville, PA 19067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/28/22; 1/31/23

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$319.25**

UPS - United Parcel Service
P.O. Box 650116
Dallas, TX 75265

**Date(s) debt was incurred** 1/14/23; 1/21/23;
1/28/23; 2/4/23; 2/11/23; 2/18/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,670.42**

Valco Melton
411 Circle Freeway Dr.
Cincinnati, OH 45246

**Date(s) debt was incurred** 11/10/22; 11/17/22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186.30**

Valley Grinding & MFG, Inc.
1717 Hamilton Court
P.O. Box 246
Little Chute, WI 54140

**Date(s) debt was incurred** 11/7/22; 11/9/22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.74**

Verizon - DE
P.O. Box 646
Wilmington, DE 19896

**Date(s) debt was
incurred** 12/31/22; 1/31/23; 2/28/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$748.83**

Verizon - PA
P.O. Box 16800
Newark, NJ 07101

**Date(s) debt was incurred** 12/22; 1/23; 2/23; 2/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,056.85**

Verizon Wireless
P.O. Box 489
Newark, NJ 07101

**Date(s) debt was incurred** 1/4/23; 2/4/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,629.00**

VT Graphics Inc.
465 Penn Street
Yeadon, PA 19050

**Date(s) debt was
incurred** 10/22; 11/22; 12/22; 1/23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Beacon Container Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address**
W.B. Mason Co. Inc.
59 Centre Street
Brockton, MA 02301
**Date(s) debt was incurred** 10/22; 11/22; 12/22; 1/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No   ☐ Yes

$5,418.20

---

**3.118** | **Nonpriority creditor's name and mailing address**
Wachovia Bank NA
600 Penn St
PO Box 1102

Reading, PA 19603
**Date(s) debt was incurred** 10/6/03
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.119** | **Nonpriority creditor's name and mailing address**
Wagner Industries
2 Starter Drive
Frackville, PA 17931
**Date(s) debt was incurred** 2/14/23
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No   ☐ Yes

$197.14

---

**3.120** | **Nonpriority creditor's name and mailing address**
Walter Properties Associates LLC
29 Hessian Boulevard
Reading, PA 19607
**Date(s) debt was incurred** 9/9/21
**Last 4 digits of account number** 9515

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Back Rent and Monies Loaned
Is the claim subject to offset? ☒ No   ☐ Yes

$509,396.09

---

**3.121** | **Nonpriority creditor's name and mailing address**
Wells Fargo Bank, National Association
8739 Research Drive, NC0675

Charlotte, NC 28262
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

**3.122** | **Nonpriority creditor's name and mailing address**
Yeager Supply
1440 N. Sixth St.
Reading, PA 19603
**Date(s) debt was incurred** 9/23/22; 12/21/22
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt
Is the claim subject to offset? ☒ No   ☐ Yes

$871.02

---

**3.123** | **Nonpriority creditor's name and mailing address**
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services
Is the claim subject to offset? ☒ No   ☐ Yes

Unknown

---

| | |
|---|---|
| Debtor | Beacon Container Corporation |
| | Name |

Case number (if known) _____

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $482.86 |

Zenith Cutter Inc.
5200 Zenith Parkway
Loves Park, IL 61111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/19/22

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   8,073.90 |
| **5b. Total claims from Part 2** | 5b. + | $   2,773,112.09 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $   2,781,185.99 |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Beacon Container Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF PENNSYLVANIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Gas and electric utility |
| State the term remaining | Direct Energy Business Marketing, LLC<br>194 Wood Avenue South, Second Floor |
| List the contract number of any government contract | Iselin, NJ 08830 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Gas Utility |
| State the term remaining | UGI Utilities, Inc.<br>PO Box 13009 |
| List the contract number of any government contract | Reading, PA 19612-3009 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Labor Agreement |
| State the term remaining | United Steelworks District 10 Local 286<br>Pension Fund<br>410-24 North 8th St |
| List the contract number of any government contract | Philadelphia, PA 19123 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement |
| State the term remaining | Penske Truck Leasing Co., LP<br>Route 10<br>Green Hills |
| List the contract number of any government contract | P.O. Box 563<br>Reading, PA 19603 |

| Fill in this information to identify the case: |
|---|
| Debtor name __Beacon Container Corporation__ |
| United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__ |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Steven T. Walter | 29 Hessian Boulevard<br>Reading, PA 19607 | Fulton Bank, N.A. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Walter Properties Associates, LLC | 29 Hessian Boulevard<br>Reading, PA 19607 | Fulton Bank, N.A. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Beacon Container Corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2023     X   *Steven T. Walter* (signature)
                                  Signature of individual signing on behalf of debtor

                                  Steven T. Walter
                                  Printed name

                                  President and CEO
                                  Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Beacon Container Corporation___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF PENNSYLVANIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $1,048,518.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $19,944,915.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other _____ | $23,467,599.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Beacon Container Corporation | | Case number (if known) | |
|---|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    Please see Attachment SOFA 3 | | $322,564.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Penske Truck Leasing Co.<br>c/o James F. Kratz, Esq.<br>Stevens & Lee<br>840 West Hamilton Street, Suite 521<br>Allentown, PA 18101 | Tractors/Trucks/Straight Trucks | 1st Q 2023 | Unknown |
| Jones Honda<br>1335 Manheim Pike<br>P.O. Box 4426<br>Lancaster, PA 17604 | VIN 2HKRW2H58LH670291VIN<br>2HKRW2H24LH610157VIN<br>2HKRW2H2XMH653693 | 2/20/2023 | $10,000.00 |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Beacon Container Corporation                                    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Fulton Bank,   N.A. v. Beacon Container Corporation<br>23-02770 | Civil | Court of Common Pleas Berks County, Pennsylvania 633 Court St. Reading, PA 19601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | 3B Services, Inc. v. Beacon Container Corporation<br>23-05297 | Civil | Court of Common Pleas Berks County, Pennsylvania 633 Court St. Reading, PA 19601 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | USW District 10, Local 286 410-24 North Eighth Street Philadelphia, PA 19123 | President's College Fund | 2022 | $1,500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | USW District 10, Local 286 410-24 North Eighth Street Philadelphia, PA 19123 | President's College Fund | 2021 | $1,500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.3. | Birdboro-Union Fire Department 214 W. First Street Birdsboro, PA 19508 | Donation | 2021 | $2,500.00 |
| | **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    Beacon Container Corporation                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Power surge that damaged corrugator computer drives | $35,000 | August 2022 | $55,000.00 |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bielli & Klauder, LLC<br>1905 Spruce Street<br>Philadelphia, PA 19103 | | April 12, 2023 | $15,000.00 |
| | **Email or website address**<br>www.bk-legal.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Beacon Container Corporation | Case number *(if known)* | |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| J.P. Mascaro & Sons<br>2650 Audubon Rd.<br>Audubon, PA 19403 | Access with limited and supervised by the listed plant and shipping managers. | Finished goods | ☒ No<br>☐ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Beacon Container Corporation | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various Customers | 700 West First Street Birdsboro, PA 19508 | Customer owned printing plates and cutting dies | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Debtor | Beacon Container Corporation | Case number *(if known)* | |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Kristin Yoder<br>627 Hall Ave.<br>Reading, PA 19606 | 2021 - 2023 |
| 26a.2. | Dana Bux<br>29 Hessian Blvd.<br>Reading, PA 19607 | 2021 - 2023 |
| 26a.3. | Zachary Walter<br>125 Shockley Drive<br>Birdsboro, PA 19508 | 2021 - 2023 |
| 26a.4. | Baker Tilly US, LLP<br>Abby L. Myer, CPA<br>Arthur J. Full, CPA<br>1570 Fruitville Pike, Suite 400<br>Lancaster, PA 17601 | 2021 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Baker Tilly US, LLP<br>Abby L. Myer, CPA<br>Arthur J. Full, CPA<br>1570 Fruitville Pike, Ste 400<br>Lancaster, PA 17601 | 2004 - present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | Baker Tilly US, LLP<br>Abby L. Myer, CPA<br>Arthur J. Full, CPA<br>1570 Fruitville Pike, Ste 400<br>Lancaster, PA 17601 | 2004 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Steven T. Walter<br>29 Hessian Boulevard<br>Reading, PA 19607 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Fulton Bank, NA<br>c/o Marc Hess, Esquire.<br>Henry & Beaver LLP<br>937 Willow Street, P.O. Box 1140<br>Lebanon, PA 17046 |

| Debtor | Beacon Container Corporation | Case number *(if known)* | |
|---|---|---|---|

| **Name and address** | |
|---|---|
| 26d.2. | International Paper - Santiago Arbelaez
c/o Sommer L. Ross, Esquire
Duane Morris LLP
1201 N. Market St., Suite 501
Wilmington, DE 19801 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Rich Keleman, Plant Manager; Gyula Asztalos, Shipping Manager; Roz Narozny, Shipping Manager; Andy Cheeseman, Union Leadman | Internal inventories were conducted monthly and annually | |

| Name and address of the person who has possession of inventory records |
|---|
| Beacon Container Corporation
700 West First Street

Birdsboro, PA 19508 |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven T. Walter | 29 Hessian Boulevard
Reading, PA 19607 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RevTrust of Steven T.Walter U/A 11/29/11 | 29 Hessian Boulevard
Reading, PA 19607 | Stock | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Beacon Container Corporation _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Steven T. Walter<br>29 Hessian Boulevard<br>Reading, PA 19607 | $220,000 | Weekly via payroll | Salary |
| | **Relationship to debtor**<br>President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Beacon Container Corporation 401(k) Savings Plan | EIN: |
| USW District 10, Local 286, Pension Plan | EIN:    23-0630051 |
| PACE Industry Union-Management Fund | EIN: |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____June 12, 2023_____

_____          Steven T. Walter _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President and CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# Attachment for SOFA #3

BEACON-BIRDS            Listing of Checks Written        06/06/23  Page 1

                    Run on:  06/06/23  02.08PM  Menu 32-11  danab

                Account # 00001002.0000    CASH IN BANK - REGULAR
Check No      Date        Amount    Vendor Name

    153246    01/23/23      2837.00    PA DEPARTMENT OF REVENUE    _____
    153247    01/23/23     10747.00    YOUNG CONAWAY STARGATT      _____
    153248    01/23/23         .00    * VOID ** VOID *            _____
    153249    01/23/23         .00    * VOID ** VOID *            _____
    153250    01/25/23      5186.25    BCM INKS                    _____
    153251    01/25/23         .00    * VOID ** VOID *            _____
    153252    01/25/23         .00    * VOID ** VOID *            _____
    153253    02/16/23       150.00    CENTRAL COLLECTIONS BURE    _____
    153254    02/16/23       299.12    KEYSTONE COLLECTIONS GRO    _____
    153255    02/16/23     13082.15    BIRDSBORO MUNICIPAL AUTH    _____
    153256    02/16/23      2703.39    MET-ED                      _____
    153257    02/16/23       105.90    PENTELEDATA                 _____
    153258    02/16/23       671.60    ALTRONICS SECURITY SYSTE    _____
    153259    02/16/23      8379.13    UGI UTILITIES INC           _____
    153260    02/16/23      4012.00    USW LOCAL 2-286             _____
    153261    02/16/23      1362.98    WINDSTREAM CONESTOGA, IN     _____
    153262    02/16/23     10805.99    AXIS GENERAL INSURANCE A    _____
    153263    02/16/23     11356.59    DIRECT ENERGY BUSINESS      _____
    153264    02/16/23     10526.38    DIRECT ENERGY BUSINESS      _____
    153265    02/16/23         .00    * VOID ** VOID *            _____
    153266    02/16/23         .00    * VOID ** VOID *            _____
    153267    02/17/23      5208.30    JACKSON LEWIS PC            _____
    153268    02/17/23         .00    * VOID ** VOID *            _____
    153269    02/17/23         .00    * VOID ** VOID *            _____
    153270    02/21/23     63158.83    UPMC HEALTH PLAN            _____
    153271    02/21/23      9868.15    AXIS GENERAL INSURANCE A    _____
    153272    02/21/23         .00    * VOID ** VOID *            _____
    153273    02/21/23         .00    * VOID ** VOID *            _____
    153274    02/22/23      3501.93    HIGHMARK BLUE SHIELD        _____
    153275    02/22/23         .00    * VOID ** VOID *            _____
    153276    02/22/23         .00    * VOID ** VOID *            _____
    153277    03/02/23     43106.11    ERIE INSURANCE GROUP        _____
    153278    03/02/23         .00    * VOID ** VOID *            _____
    153279    03/02/23         .00    * VOID ** VOID *            _____
    153280    03/14/23      8456.20    UGI UTILITIES INC           _____
    153281    03/14/23       330.84    ALTRONICS SECURITY SYSTE    _____
    153282    03/14/23       400.00    SECURITY FIRST INC.         _____
    153283    03/14/23       108.08    PENTELEDATA                 _____
    153284    03/14/23     11055.50    YOUNG CONAWAY STARGATT      _____
    153285    03/14/23         .00    * VOID ** VOID *            _____
    153286    03/14/23         .00    * VOID ** VOID *            _____
    153287    03/23/23      7948.84    MET-ED                      _____
    153288    03/23/23         .00    * VOID ** VOID *            _____
    153289    03/23/23         .00    * VOID ** VOID *            _____
    153290    03/29/23      5052.45    UGI UTILITIES INC           _____
    153291    03/29/23      1323.34    WINDSTREAM CONESTOGA, IN     _____
    153292    03/29/23         .00    * VOID ** VOID *            _____
    153293    03/29/23         .00    * VOID ** VOID *            _____
    153294    03/31/23      3835.00    USW LOCAL 10-286            _____
    153295    03/31/23         .00    * VOID ** VOID *            _____
    153296    03/31/23         .00    * VOID ** VOID *            _____

```
BEACON-BIRDS            Listing of Checks Written        06/06/23  Page 2

                      Run on:  06/06/23  02.08PM  Menu 32-11 danab

                   Account # 00001002.0000   CASH IN BANK - REGULAR
Check No      Date        Amount   Vendor Name

  153297    04/05/23     1036.16   LAURENCE A BIRD            _____
  153298    04/05/23      346.85   CAROLINE DINCHER           _____
  153299    04/05/23     1088.45   JEFFREY HUTCHINSON         _____
  153300    04/05/23     1173.47   CRAIG PIEJA                _____
  153301    04/05/23      598.95   BRADFORD P SAVIDGE         _____
  153302    04/05/23      855.57   DAVID S TROXELL            _____
  153303    04/05/23         .00   * VOID ** VOID *           _____
  153304    04/05/23         .00   * VOID ** VOID *           _____
  153305    04/10/23     1362.01   WINDSTREAM CONESTOGA, IN   _____
  153306    04/10/23     1816.61   MET-ED                     _____
  153307    04/10/23      443.10   UGI UTILITIES INC          _____
  153308    04/10/23         .00   * VOID ** VOID *           _____
  153309    04/10/23         .00   * VOID ** VOID *           _____
  153310    04/11/23    14674.41   ERIE INSURANCE GROUP       _____
  153311    04/11/23    15000.00   BIELLI & KLAUDER, LLC      _____
  153312    04/11/23         .00   * VOID ** VOID *           _____
  153313    04/11/23         .00   * VOID ** VOID *           _____
  153314    04/12/23      705.70   STUART SCHLOSSER           _____
  153315    04/12/23      186.54   JOSE ROBLES                _____
  153316    04/12/23         .00   * VOID ** VOID *           _____
  153317    04/12/23         .00   * VOID ** VOID *           _____
  153318    04/20/23      705.70   STUART SCHLOSSER           _____
  153319    04/20/23      186.54   JOSE ROBLES                _____
  153320    04/20/23         .00   * VOID ** VOID *           _____
  153321    04/20/23         .00   * VOID ** VOID *           _____
  153322    04/21/23    12617.50   YOUNG CONAWAY STARGATT     _____
  153323    04/21/23         .00   * VOID ** VOID *           _____
  153324    04/21/23         .00   * VOID ** VOID *           _____
  153325    04/25/23     1714.57   MET-ED                     _____
  153326    04/25/23      108.08   PENTELEDATA                _____
  153327    04/25/23     1323.23   WINDSTREAM CONESTOGA, IN   _____
  153328    04/25/23     1049.60   EARTH DESIGNS LANDSCAPIN   _____
  153329    04/25/23         .00   * VOID ** VOID *           _____
  153330    04/25/23         .00   * VOID ** VOID *           _____
  153331    05/02/23     6422.24   BIRDSBORO MUNICIPAL AUTH   _____
  153332    05/03/23         .00   * VOID ** VOID *           _____
  153333    05/03/23         .00   * VOID ** VOID *           _____
  153334    05/04/23      330.84   ALTRONICS SECURITY SYSTE   _____
  153335    05/04/23     1049.60   EARTH DESIGNS LANDSCAPIN   _____
  153336    05/04/23      109.38   PENTELEDATA                _____
  153337    05/04/23     1116.00   SECURITY FIRST INC.        _____
  153338    05/04/23      189.57   UGI UTILITIES INC          _____
  153339    05/04/23         .00   * VOID ** VOID *           _____
  153340    05/04/23         .00   * VOID ** VOID *           _____
  153341    05/04/23     1363.90   WINDSTREAM CONESTOGA, IN   _____
  153342    05/04/23         .00   * VOID ** VOID *           _____
  153343    05/04/23         .00   * VOID ** VOID *           _____
  153344    05/05/23     7151.89   ERIE INSURANCE GROUP       _____
  153345    05/05/23         .00   * VOID ** VOID *           _____
  153346    05/05/23         .00   * VOID ** VOID *           _____
  153347    06/06/23     2258.50   ERIE INSURANCE GROUP       _____
```

```
BEACON-BIRDS           Listing of Checks Written        06/06/23  Page 3

                   Run on:  06/06/23  02.08PM  Menu 32-11 danab


             Account # 00001002.0000   CASH IN BANK - REGULAR
 Check No      Date       Amount   Vendor Name

   153348   06/06/23         .00   * VOID ** VOID *        _____
   153349   06/06/23         .00   * VOID ** VOID *        _____
                          -------------

               322564.01
```

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Beacon Container Corporation

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................................... $ _____ 15,000.00

   Prior to the filing of this statement I have received ...................................... $ _____ 15,000.00

   Balance Due ..................................................................................................... $ _____ 0.00

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   June 12, 2023
   *Date*

   Thomas D. Bielli
   *Signature of Attorney*
   Bielli & Klauder, LLC
   1905 Spruce Street
   Philadelphia, PA 19103
   Fax:
   tbielli@bk-legal.com
   *Name of law firm*

---

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Beacon Container Corporation

Debtor(s)

Case No.

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Beacon Container Corporation  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 12, 2023

Date

Thomas D. Bielli

Signature of Attorney or Litigant

Counsel for   Beacon Container Corporation

Bielli & Klauder, LLC

1905 Spruce Street
Philadelphia, PA 19103
 Fax:
tbielli@bk-legal.com

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Beacon Container Corporation    Case No.

Debtor(s)    Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    June 12, 2023

Steven T. Walter/President and CEO
Signer/Title

3B Services, Inc.
c/o Edwin L. Stock, Esquire
Rick Stock Law 50 North Fifth Street, 4t
Reading, PA 19601


Abundant Life Marketing
324 Washington Street
Birdsboro, PA 19508


Accubond Corporation
Dowington Technical Center
460 Acorn Lane
Downingtown, PA 19335


Adan U. Tinoco
4118 6th Avenue
Temple, PA 19560


ADM Corn Processing
c/o Sue Kuznia 4666 Fairies Parkway
Decatur, IL 62525


Airgas USA LLC
431 West Vine Street
Stowe, PA 15464


Alarm Tech Sprinkler Inc.
501 Crescent Ave., Suite 200
Reading, PA 19605


Altronics Security Systems
824 Eighth Avenue
Bethlehem, PA 18018


Ameriken Companies
119 Pounds Drive
Tucker, GA 30084


AT&T One Rate
P.O. Box 8212
Aurora, IL 60572


Baker Tilly US, LLP
1570 Fruitville Pike, Suite 400
Lancaster, PA 17601


Barbey Electronics Corp.
110 Corporate Drive
Reading, PA 19605


BCM Inks
11400 Deerfield Road
Cincinnati, OH 45242

BHS Corrugated-North America
2431 Bertelkamp Road
Knoxville, TN 37932


Birdsboro Auto Parts
314 West Main Street, Suite 1
Birdsboro, PA 19508


Birdsboro Municipal Authority
202 East Main Street
Birdsboro, PA 19508


Brown Engineering Co.
2135 North 13th Street P.O. Box 14355
Reading, PA 19612


Bruske Products
7447 Duvan Drive
Tinley Park, IL 60477


Busch LLC
516 Viking Drive
Virginia Beach, VA 23452


BW Papersystems
Marquip Ward United
1300 North Airport Road
Phillips, WI 54555


Carroll Motor Fuels
P.O. Box 64686
Baltimore, MD 21264


Clearcut Die Works
1416 Union Avenue
Pennsauken, NJ 08110


Coastal Wire Company
427 Gapway Road
Georgetown, SC 29440


Complete Packaging Inc.
P.O. Box 337 1380 Welsh Road
Montgomeryville, PA 18936


Computer System Resources, Inc.
1521 McDaniel Drive
West Chester, PA 19380


Concentra Medical Centers
15 Freeport Road Suite 110
Pittsburgh, PA 15215


Corrugated Chemicals Inc.
5410 Homberg Drive, Suite 20
Knoxville, TN 37919

Corrugated Gear and Services
100 Anderson Road
Alpharetta, GA 30004


Cummins Sales and Services
4499 Lewis Rd.
Harrisburg, PA 17111


Dicar Inc.
10 Bloomfield Ave P.O. Box 643
Pine Brook, NJ 07058


Direct Energy Business Marketing, LLC
194 Wood Avenue South, Second Floor
Iselin, NJ 08830


DS Smith Reading Mill
720 Laurel Street
Reading, PA 19602


Dynamic Dies Inc.
1705 Commerce Road
Holland, OH 43528


EAM - MOSCA Corporation
Valmont Industrial Park 675 Jaycee Drive
Hazleton, PA 18202


Earth Designs Landscaping LLC
1106 Dogwood Drive
Reading, PA 19609


EME Solutions
P.O. Box 152
Getzville, NY 14068


Epicor Software Corp.
804 Las Cimas Parkway
Austin, TX 78746


Esko-Graphics Inc.
8535 Gander Creek Drive
Miamisburg, OH 45342


Exact-Stroke Inc.
34 Steamwhistle Drive
Warminster, PA 18974


Federal Express
P.O. Box 1140 - Dept. A
Memphis, TN 38101


Fisher Leasing Inc.
4111 Pottsville Pike
Reading, PA 19605

Franke Winne & Son Inc.
521 Fellowship Road, Suite 115
Mount Laurel, NJ 08054


Freedom Corrugated LLC
595 Oak Ridge Road
Hazleton, PA 18202


Fromm Electric Suppy Corp.
2101 Centre Avenue
Reading, PA 19605


Fulton Bank, N.A.
One Penn Square
Lancaster, PA 17602


G&T Industries Inc.
1157D Arnold Road
Reading, PA 19605


General Carbon Corp.
33 Paterson Street
Paterson, NJ 07501


George M. Martin Co.
1250 67th Street
Emeryville, CA 94608


Grainger
4201A Pottsville Pike
Reading, PA 19605


Hamilton Bank
515 Penn St PO Box 141
Reading, PA 19603


Healthsmart Benefit Solutions
P.O. Box 207109
Dallas, TX 75320


Honda Financial Services
P.O. Box 6034
Newark, DE 19714


Hot off the Press
200 North Washington Street
Boyertown, PA 19512


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


International Paper
620 Poplar Avenue
Memphis, TN 38197

J M Fry Co Inc.
124 Tices Lane, Suite A
East Brunswick, NJ 08816


J.P. Mascaro & Sons
Berks County Division P.O Box 7250
Audubon, PA 19407


Jack Rich Inc.
617 Altamont Blvd.
Frackville, PA 17931


Kevin A. Soto Alfonso
249 Blair Ave
Reading, PA 19601


Kristen M. Mullins
171 Bowemansville Road
Mohnton, PA 19540


L & R Shipping Supply
2554 State Road
Bensalem, PA 19020


L E Sauer Machine Co.
3535 Tree Court Ind. Blvd.
Saint Louis, MO 63122


L M Robbins Company Inc.
5757 Oakwood Lane
Slatington, PA 18080


Laminations
7220 Schantz Road
Allentown, PA 18106


Levan Machine & Truck Equip.
3417 Pricetown Road
Fleetwood, PA 19522


Levi Hoover
744 Schuykill Ave
Reading, PA 19601


Lincoln Coders Corp.
P.O. Box 8009
Fort Wayne, IN 46898


Lindenmeyr Munroe
200 Cascade Drive
Allentown, PA 18109


M & G Packaging Corporation
602 Jefers Circle, #120
Exton, PA 19341

Marc A. Hess, Esquire
937 Willow Street P.O. Box 1140
Lebanon, PA 17042-1140


Mark Metals
2100 Adams Street
Reading, PA 19605


Marsand Company
1230 Haycreek Road
Birdsboro, PA 19508


Marvel Marking Products
P.O. Box 427
Saxonburg, PA 16056


Mass Industrial Control Inc.
19 Woodrow Avenue
Sinking Spring, PA 19608


McMaster-Carr Supply Co.
200 New Canton Way
Robbinsville, NJ 08691


Met-Ed
2800 Pottsville Pike P.O. Box 15152
Reading, PA 19612


Meyer Laboratory Inc.
2401 West Jefferson
Blue Springs, MO 64015


Michelman Inc.
9080 Shell Road
Cincinnati, OH 45236


Midland Information Systems
2130 Platinum Road
Apopka, FL 32703


Morgan Wood Products
P.O. Box 177
Powell, OH 43065


Multicell North, Inc.
191 Victor Street
Lawrenceville, GA 30046


NALCO Water
NALCO Company P.O. Box 70716
Chicago, IL 60673


Noll Pallet & Lumber Co., Inc.
P.O. Box 706
Leesport, PA 19533

Nordson Corporation
11475 Lakefield Drive
Duluth, GA 30097


North Industrial Chemicals Inc.
P.O. Box 1985
York, PA 17405


Omar A. Torres
421 S. 6th Street
Reading, PA 19602


P R P
5620 Elmwood Avenue
Indianapolis, IN 46203


PA Industrial Equipment Inc.
215 South Washington Street
Boyertown, PA 19512


Pallet Express Inc.
2906 William Penn Highway
Easton, PA 18045


Penske Truck Leasing Co.
c/o James F. Kratz, Esq. Stevens & Lee
840 West Hamilton Street, Suite 521
Allentown, PA 18101


Penske Truck Leasing Co., L.P.
255 Riverfront Dr.
Reading, PA 19602


Penske Truck Leasing Co., LP
Route 10 Green Hills P.O. Box 563
Reading, PA 19603


Penteledata
540 Delaware Avenue
Palmerton, PA 18071


Precision Solutions Inc.
2525 Tollgate Road
Quakertown, PA 18951


PWD Lubricants
1045 Pulinski Road
Warminster, PA 18974


Quest7 Inc.
9853 North Alpine Road
Machesney Park, IL 61115


Quincy Compressor LLC
701 N. Dobson Ave.
Bay Minette, AL 36507

Radwell International Inc.
111 Mount Holly Bypass
Lumberton, NJ 08048


Ramon Perez
247 Hopewell Street
Birdsboro, PA 19508


Reading Bearing & Drive Solutions
80 Witman Road
Reading, PA 19605


Reading Sanitary Wiper Co.
35 Queen Street
Sinking Spring, PA 19608


Recycling Equipment Corp.
831 West Fifth Street
Lansdale, PA 19446


Redco Audio Inc. (Earmark)
515 Fan Hill Road
Monroe, CT 06468


Ricoh USA Program
P.O. Box 9115
Macon, GA 31208


Safety-Kleen Systems Inc.
5400 Legacy Drive Cluster II, Building 3
Plano, TX 75024


Salvador Vargas
1344 Green Street
Reading, PA 19604


Security First Inc.
107 West Lancaster Avenue
Shillington, PA 19607


SOSMetal Products Inc.
2945 East Tioga Street
Philadelphia, PA 19134


Speak Wilderman, P.C.
Susan A. Murray, Esquire
Benjamin Eisner, Esquire 230 S. Broad St
Philadelphia, PA 19102


Springfield Paper Specialties
1754 Limekiln Pike
Fort Washington, PA 19034


Stafford Corrugated Products
131 Business Park Drive
Indian Trail, NC 28079

Steven T. Walter
29 Hessian Boulevard
Reading, PA 19607


Stratix Systems, Inc.
1011 N. Park Road
Wyomissing, PA 19610


Stuart M. Schlosser
1027 River Road
Reading, PA 19601


Suburban Propane
5365 Allentown Pike
Temple, PA 19560


Sun Industrial Supply Co.
997 Postal Road
Allentown, PA 18109


Thomas J. Morgan
855 N. Park Rd. Bldg O, Apt 3
Wyomissing, PA 19610


UGI Utilities, Inc.
225 Morgantown Road
Reading, PA 19611


Uline Shipping Supply Specialists
400 Boulder Drive
Breinigsville, PA 18031


United Fidelity Life
P.O. Box 410288
Kansas City, MO 64141


United Steelworks District 10 Local 286
Pension Fund 410-24 North 8th St
Philadelphia, PA 19123


Univar
5 Steel Road East
Morrisville, PA 19067


UPS - United Parcel Service
P.O. Box 650116
Dallas, TX 75265


USW Dist 10 Local 286 Pension Plan
410-24 North Eighth Street
Philadelphia, PA 19123


Valco Melton
411 Circle Freeway Dr.
Cincinnati, OH 45246

Valley Grinding & MFG, Inc.
1717 Hamilton Court P.O. Box 246
Little Chute, WI 54140


Verizon - DE
P.O. Box 646
Wilmington, DE 19896


Verizon - PA
P.O. Box 16800
Newark, NJ 07101


Verizon Wireless
P.O. Box 489
Newark, NJ 07101


Victor G. Cheesman
3500 Eisenbrown Road
Reading, PA 19605


VT Graphics Inc.
465 Penn Street
Yeadon, PA 19050


W.B. Mason Co. Inc.
59 Centre Street
Brockton, MA 02301


Wachovia Bank NA
600 Penn St PO Box 1102
Reading, PA 19603


Wagner Industries
2 Starter Drive
Frackville, PA 17931


Walter Properties Associates LLC
29 Hessian Boulevard
Reading, PA 19607


Walter Properties Associates, LLC
29 Hessian Boulevard Reading, PA 19607


Wells Fargo Bank, National Association
8739 Research Drive, NC0675
Charlotte, NC 28262


Yeager Supply
1440 N. Sixth St.
Reading, PA 19603


Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Zenith Cutter Inc.
5200 Zenith Parkway
Loves Park, IL 61111